# IN THE CIRCUIT COURT OF ST. LOUIS CITY
## STATE OF MISSOURI

| | | |
|---|---|---|
| ERB LEGAL INVESTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. |
| QUINTESSA MARKETING, LLC, | ) | |
| | ) | Division No. |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **PETITION**

**COMES NOW** Plaintiff, ERB Legal Investments, LLC, by and through the undersigned attorneys, and for the cause of action against Defendant, Quintessa Marketing, LLC states as follows to the Court:

1. Plaintiff ERB Legal Investments LLC is a Missouri Corporation.

2. Defendant Quintessa Marketing, LLC is an Oklahoma Corporation.

EXHIBIT A

3. Plaintiff and Defendant entered into a contract attached as Exhibit 1.

4. Plaintiff fully performed all obligations.

5. Defendant is in material breach of contract.

6. Defendant was afforded an opportunity to cure said breach but did not do so.

7. Plaintiff has incurred damages as a result of Defendant's breach of contract in the amount of $50,000.00.

**WHEREFORE,** Plaintiff requests damages against Defendant in the amount of $50,000.00 and for any such other relief and further relief this courts seems appropriate.

Respectfully submitted,

By: /s/E. Ryan Bradley

**E. Ryan Bradley, #53777**
Attorney for Plaintiff
The Bradley Law Firm
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 391-4126 (fax)
Ryan@thebradleylawfirm.com

EXHIBIT A