UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERB LEGAL INVESTMENTS LLC, | ) |
| | ) |
| Plaintiff and Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 4:20-CV-1255 |
| QUINTESSA MARKETING LLC, | ) |
| | ) Division No. |
| | ) |
| Defendant and Counterclaim Plaintiff. | ) |
| | ) |
| | ) |
| | ) |

## MOTION TO AMEND/EXTEND SCHEDULING ORDER

**COMES NOW** Plaintiff, ERB LEGAL INVESTMENTS LLC, by and through attorney E. Ryan Bradley of The Bradley Law Firm and for the Motion to Amend/Extend Scheduling Order states as follows to the Court:

1. The instant cause of action, ERB Legal Investments, LLC v. Quintessa Marketing, LLC, was removed to this Court from the Circuit Court of St. Louis, Missouri on September 15, 2020.

2. Thereafter, the Court entered a case management order [Doc 31] on November 30, 2020.

3. Thereafter, Quintessa LLC d/b/a Quintessa Marketing v. ERB Legal Investments, LLC d/b/a The Bradley Law Firm, Case No.4:21-CV-19 DDN was transferred to this Court and consolidated with this cause of action on February 23, 2021.

4. Due to the consolidation of the cases several of the scheduling deadlines from the scheduling order have expired and are not workable considering the posture of the consolidated cases.

5. As such, Plaintiff requests the Court all the parties to amend the current scheduling order for all deadlines.

**WHEREFORE**, Plaintiff prays for this Court to Order the parties to submit a new scheduling order within fourteen (14) days and for any such other and further relief as this Court deems appropriate under the circumstances.

Respectfully submitted,

By: /s/E. Ryan Bradley
E. Ryan Bradley, #53777
The Bradley Law Firm
Attorney for Plaintiff
1424 Washington Avenue, Ste 300
(314) 721-9111 (phone)
(314) 255-2765 (fax)
Ryan@thebradleylawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 27, 2021, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the **Courts E-Filing System** which was sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be place upon the original of the foregoing documents and that a copy of the foregoing was sent via the Court's efiling system to.

Dudley McCarter
Behr, McCarter & Potter P.C
Attorney For: Quintessa Marketing, LLC
7777 Bonhomme Ave, Suite 1400
St. Louis, MO 63105

Phone: (314) 862-3800
Fax: (314) 862-3953
Email Address: dmccarter@bmplaw.com

Joseph T. Neely
Behr, McCarter & Potter, P.C.
Attorney For: Quintessa Marketing, LLC
7777 Bonhomme Ave, Suite 1400
St. Louis, MO 63105
Phone: (314) 862-3800
Fax: (314) 862-3953
Email Address: jneely@bmplaw.com

Ryan M. Hyde
Behr, McCarter & Potter, P.C.
Attorney For: Quintessa Marketing, LLC
7777 Bonhomme Ave, Suite 1400
St. Louis, MO 63105
Phone: (314) 862-3800
Fax: (314) 862-3953
Email Address: rhyde@bmplaw.com

James Wyrsch
Khazaeli Wyrsch LLC
911 Washington Ave #211
St. Louis, MO 63101
Phone: 314-288-0777
Fax: 314-400-7701
Email address: james.wyrsch@kwlawstl.com


/s/E. Ryan Bradley