**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERB LEGAL INVESTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-1255-DDN |
| | ) | |
| QUINTESSA MARKETING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION TO AMEND/EXTEND SCHEDULING ORDER**

Scheduling orders may be modified only for "good cause." *Ney Leasing Corp., Inc. v. Cargill Meat Logistics Sols., Inc.*, C09-1051, 2010 WL 3545896, at *2 (N.D. Iowa Sept. 3, 2010). The sole basis for Plaintiff's motion is that "[d]ue to the consolidation of the cases several of the scheduling deadlines from the scheduling order have expired and are not workable considering the posture of the consolidated cases." Plaintiff does not explain which deadlines have expired or which are "not workable." Plaintiff also does not explain how the consolidation of the two cases (which raise very similar issues) affects the deadlines or the "posture of the consolidated cases."

The discovery cutoff in this case is September 15, 2021, still three months away. Plaintiff does not explain why that is not workable. As the motion is bereft of any reason to modify the existing schedule, much less good cause, the motion should be denied.

Date: June 10, 2021

Respectfully submitted,

KHAZAELI WYRSCH LLC

/s/ James R. Wyrsch
James R. Wyrsch, 53197(MO)
911 Washington Avenue, Suite 211
Saint Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
james.wyrsch@kwlawstl.com

**Attorney for Quintessa Marketing, LLC**

2