UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERB LEGAL INVESTMENTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 4:20-CV-1255 |
| QUINTESSA LLC | ) | |
| | ) | Division No. |
| AND | ) | |
| | ) | |
| LAUREN MINGEE (AKA "LAUREN | ) | |
| MCNEILL", AKA "LAUREN VON"), | ) | |
| | ) | |

Defendant.

**<u>ERB LEGAL INVESTMENT'S MOTION FOR RELIEF TO PROVIDE A LEGAL
CONSULTATION AND/OR CONTRACT WITH A PROSPECTIVE CLIENT FOR
LEGAL REPRESENTATION</u>**

**COMES NOW** Plaintiff, ERB LEGAL INVESTMENTS LLC, by and through attorney

E. Ryan Bradley of The Bradley Law Firm and for its Motion for Relief to Consult with

Prospective Client states as follows to this Court:

1. On March 9, 2022, this Court sustained Quintessa, LLC's Motion for Protective

Order, which prohibited ERB from engaging in any communication with Quintessa's clients in

connection with the sending of a court-approved questionnaire. *See* Doc. #100 and #92 (wherein

Quintessa requests that "Plaintiff have no contact with Quintessa's <u>clients</u>, including sending

deposition notices, outside of sending the questionnaire, and granting a protective order

protecting disclosure of Quintessa's clients who have not operated under a disengagement

mode."

2.      On March 17, 2022, received a phone call from a recipient of the court-approved questionnaire wherein the recipient expressed a desire to have ERB represent his law firm in a potential cause of action against Quintessa.

3.      ERB seeks relief from the Court's protective order allowing ERB to respond to this recipient's request for representation.

4.       Should the Court request ERB identity the caller for an *in camera* review, ERB has no objection to doing this. However, ERB objects to identifying this caller to Quitnessa due to attorney-client privilege. <u>Cause of Action Inst. v. United States Dep't of Just.</u>, 330 F. Supp. 3d 336, 351 (D.D.C. 2018)(Divulging the client's identity would still disclose that the agency acted on a particular "motive ... in seeking representation," <u>Naegele</u>, 468 F.Supp.2d at 171, and would thus shed light on the "nature of legal services rendered.") Here, the very fact that this caller is contemplating legal action against Quintessa could, if revealed to Quintessa, could frustrate or even damage their current relationship or bargaining position. As of this moment, ERB is without enough factual information to determine if this is indeed the case. As such, ERB asks this Court to protect the identity of this caller from Quintessa due to privilege.

5.      Going forward, ERB requests for additional relief from the protective order should additional recipients request ERB's legal services against Quintessa. ERB specifically requests this Court modify the protective order so that ERB can consult with any other prospective clients on legal matters against Quintessa without further court involvement.

**WHEREFORE**, Plaintiff ERB prays for this Court to:

1.      Allow ERB to consult with the caller;

2.      Allow ERB to represent the caller and/or the law firm in an action against Quintessa if the parties so choose to act;

3.      Provide relief for ERB to provide prospective legal consultation to any individual against Quintessa who contacts ERB for that purpose;

4.      Any other and further relief as this Court deems appropriate under the circumstances.

Respectfully submitted,

/s/ E. Ryan Bradley

By: _____

E. Ryan Bradley, #53777
The Bradley Law Firm
Attorney for Plaintiff
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2765 (fax)
Ryan@thebradleylawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 4, 2022, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the **Courts E-Filing System** which was sent notification of such filing to all counsel of record.  I further certify that I signed, or caused my electronic signature to be place upon the original of the foregoing documents and that a copy of the foregoing was sent via the Court's efiling system to.

James Wyrsch
Khazaeli Wyrsch
Attorney For: Quintessa Marketing, LLC
911 Washington Ave
Suite 211
St. Louis, MO  63101
Phone: (314) 288-0777
Fax: (314) 400-7701
Email Address: james.wyrsch@kwlawstl.com