# QUINTESSA MARKETING

### BULK MARKETING, FULL SERVICE PLATFORM AND GENERAL TERMS OF SERVICE

This agreement is entered into as of ("the effective date"), between you, The Bradley Law Firm ("you" or "your") and QUINTESSA MARKETING and its affiliates (collectively "QUINTESSA") for the services ("services") described below.

**Details of Services Provided by Quintessa Marketing:**
Beginning on the effective date, 04/20/2020 , QUINTESSA MARKETING will begin to deliver Personal Injury leads in Missouri to The Bradley Law Firm.

QUINTESSA adheres to required disclaimers including Missouri's on all owned digital properties used to generate leads and do not include any specific attorney information.

QUINTESSA MARKETING will provide pre-qualified leads to The Bradley Law Firm. Prompt lead delivery is provided via email, portal notification and live call transfer.

| Lead Tier | Description | Price | Territory |
|-----------|-------------|-------|-----------|
| Tier 1 | Motor Vehicle Accident | $2,000 per Plaintiff | Missouri |
| Tier 2 | Commercial Policy/Motor Vehicle Accident Injury | $4,200 per Plaintiff | Missouri |

**Terms and Cancellation:**

Initial

The Marketing Campaigns are pre-funded with an initial payment of $50,000. Tier 1/Tier 2 leads are deducted from the funded amount at the time of lead delivery.

> Quintessa tracks and accounts for the funds each law firm has in its campaign at all times. Your law firm has the ability to see how much money remains in its campaign at any given time.

Campaign funding balance must remain above 10%. Once your balance reaches 10%, Quintessa will notify you of additional funding requirements to continue your campaign.

> The Bradley Law Firm will have six full days (at least 144 hours) to turn down or disengage the lead for approved reasons described below unless otherwise agreed upon in writing by Quintessa Marketing. At 12am on the seventh day, leads will not be eligible for disengagement. Leads that are turned down or disengaged for the approved reasons described in this agreement will be credited back to your Campaign balance once Quintessa has verified and may be subject to internal audit which typically takes 5 days.

> **Turndowns and Disengagements**
> Approved reasons for turning down or disengaging a lead, unless otherwise agreed by Quintessa Marketing are as follows:
> - ~~Client~~ At fault
> - Property Damage under $1,500
> - Defendant Uninsured **and** no PC UM
> - No medical treatment within 14 days of injury

Exhibit 1

Leads that you turn down or disengage, must be done by using the Quintessa Marketing portal in order to receive credit back to your campaign.  Leads may no longer be pursued by The Bradley Law Firm or its affiliate referral firms once the lead has been disengaged.

Quintessa Marketing reserves the right to cap MVA disengagements at a rate of 45%

Service Fee: Quintessa also provides call center intake services and reporting for your marketing campaign at a rate of 2% of all funding.  Service fee is waived if payment is made via ACH.

By Signing this Agreement, I understand and agree to the Services Provided and the Terms of this Agreement.

_____
Signature

Lauren Mingee CEO & Owner
Quintessa Marketing

_____
Printed Name

Lauren Mingee CEO & Owner
Quintessa Marketing

_____
Signature

Licensee
The Bradley Law Firm

_____
Printed Name

Licensee
The Bradley Law Firm

4-21-20
_____
Date

53777 (MO)
_____
Bar ID Number

Exhibit 1

## Privacy and Disclosure Page

This page is used to inform website visitors regarding our policies with the collection, use, and disclosure of Personal Information if anyone decided to use our Service, the QMlandingpagedomain.com website.

If you choose to use our Service, then you agree to the collection and use of information in relation with this policy. The Personal Information that we collect are used for providing and improving the Service. We will not use or share your information with anyone except as described in this Privacy Policy.

The terms used in this Privacy Policy have the same meanings as in our Terms and Conditions, which is accessible at QMlandingpagedomain.com, unless otherwise defined in this Privacy Policy.

**Information Collection and Use**

For a better experience while using our Service, we may require you to provide us with certain personally identifiable information, including but not limited to your name, phone number, and postal address. The information that we collect will be used to contact or identify you. It will also be used in helping to determine if contracting with an attorney would be of benefit for you.

**Log Data**

We want to inform you that whenever you visit our Service, we collect information that your browser sends to us that is called Log Data. This Log Data may include information such as your computer's Internet Protocol ("IP") address, browser version, pages of our Service that you visit, the time and date of your visit, the time spent on those pages, and other statistics.

**Cookies**

Cookies are files with small amount of data that is commonly used an anonymous unique identifier. These are sent to your browser from the website that you visit and are stored on your computer's hard drive.

Our website uses these "cookies" to collection information and to improve our Service. You have the option to either accept or refuse these cookies, and know when a cookie is being sent to your computer. If you choose to refuse our cookies, you may not be able to use some portions of our Service.

**Security**

We value your trust in providing us your Personal Information and aim to use commercially acceptable means of protecting it. Please keep in mind that no method of transmission over the internet, or method of electronic storage is 100% secure and reliable, and we cannot guarantee its absolute security.

**Links to Other Sites**

Our Service may contain links to other sites. If you click on a third-party link, you will be directed to that site. External sites are not operated by us so we strongly advise you to review the Privacy Policy of these websites. We have no control over, and assume no responsibility for the content, privacy policies, or practices of any third-party sites or services.

**Children's Privacy**

Our Services do not address anyone under the age of 13. We do not knowingly collect personal identifiable information from children under 13. In the case we discover that a child under 13 has provided us with personal information, we immediately delete this from our servers. If you are a parent or guardian and you are aware that your child has provided us with personal information, please contact us so that we will be able to do necessary actions.

**Residents of California**

If you are a resident of the State of California, we are required to inform you that any personal information you provide on this site may be shared with a third-party attorney. This information includes your name, number and email address along with any additional information you enter.  If you would like to opt out of the sharing of your personal information, please email us admin@QMlandingpagedomain.com

**Residents of Missouri**

The choice of a lawyer is an important decision and should not be based solely upon advertisements.

**Residents of Alabama**

No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers.

**Residents of Florida**

Florida Rule of Professional Conduct 4-7.10(c) defines a group advertising program operated by an organization wherein the legal services advertisements utilize a common telephone number and potential clients are then referred only to lawyers or law firms participating in the group advertising program to be a lawyer referral service. By all other standards, we and the joint advertising ventures for which we are an agent are not lawyer referral services.

Exhibit 1

**Changes to This Privacy Policy**

We may update our Privacy Policy from time to time. Thus, we advise you to review this page periodically for any changes. We will notify you of any changes by posting the new Privacy Policy on this page. These changes are effective immediately, after they are posted on this page.

**Contact Us**

If you have any questions or suggestions about our Privacy Policy, do not hesitate to contact us. You can email info@QMlandingpagedomain.com

Exhibit 1