## Affidavit of E. Ryan Bradley

COMES NOW, the Affidavit, E. Ryan Bradley, upon taking an oath hereby states as follows:

1. That I am over the age of eighteen (18) years and possess personal knowledge of all information contained herein and as the owner of ERB Legal Investments, LLC (hereinafter referred to as "ERB"), the plaintiff in this case, states as follows:

2. Quintessa drafted the subject contract marked as Exhibit 1 barring the handwriting modifying "cited At fault" to "At fault" on page 1 of the contract.

3. At all times, ERB did pre-fund the marketing account in accordance with the terms of the contract.

4. Quintessa never notified ERB of any instance wherein its campaign account balance was in fact negative as a result of delivering more leads than ERB pre-funded.

5. Amarion Winston never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Christian Winston."

6. Miracle Winston never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that she was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Christian Winston."

7. Ari'Yon Fields-Winston never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such

ERB never received portal notification that she was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Christian Winston."

8. Shaquille Jones never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Antwan Miller."

9. Marcus Pratt Sr never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Eunique Cooper."

10. Marcus Pratt Jr never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Eunique Cooper."

11. Madison Pratt never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that she was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Eunique Cooper."

12. Cracen Noah Ortega never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Manaha Ortega."

13. Michael Davis never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Toni Lambert."

14. Todd Morris never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Antonio Dickerson."

15. Pahmel Archer never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Damarcus Mason."

16. Travonna Fletcher never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that she was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Travorous Johnson."

17. Leilani Purinton never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that she was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Tasha Downing."

18. Remi Downing never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never

received portal notification that she was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Tasha Downing."

19.    Zyler Downing never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Tasha Downing."

20.    Tesfay Awalom never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that she was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Eyob Okubay."

21.    Kyshon Brown never appeared as a separate lead / plaintiff within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that he was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Jayda Burkett."

22.    The leads that ERB turned down or disengaged were required to be done through the "portal."

23.    ERB cannot disengage leads as contemplated pursuant to the contract [through the portal] if they are "emailed only" and do not appear within the "portal."

24.    ERB had no method to individually turn down Amarion Winston through the portal.

25.    ERB had no method to individually turn down Miracle Winston through the portal

26.    ERB had no method to individually turn down Ari'Yon Fields-Winston through the portal.

27. ERB had no method to individually turn down Shaquille Jones through the portal

28. ERB had no method to individually turn down Marcus Pratt Sr through the portal.

29. ERB had no method to individually turn down Marcus Pratt Jr through the portal.

30. ERB had no method to individually turn down Madison Pratt through the portal.

31. ERB had no method to individually turn down Cracen Noah Ortega through the portal.

32. ERB had no method to individually turn down Michael Davis through the portal.

33. ERB had no method to individually turn down Todd Morris through the portal.

34. ERB had no method to individually turn down Pahmel Archer through the portal.

35. ERB had no method to individually turn down Travonna Fletcher through the portal.

36. ERB had no method to individually turn down Leilani Purinton through the portal

37. ERB had no method to individually turn down Remi Downing through the portal.

38. ERB had no method to individually turn down Zyler Downing through the portal.

39. ERB had no method to individually turn down Tesfay Awalom through the portal.

40. ERB had no method to individually turn down Kyshon Brown through the portal.

41. Every lead sent to ERB by Quintessa through the portal was entered into a lead system by ERB called "Law Ruler."

42. Amarion Winson does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

43. Miracle Winston does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

44.     Ari'Yon Fields-Winston does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

45.     Jasmine Burns does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

46.     Shaquille Jones does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

47.     Marcus Pratt does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

48.     Madison Pratt does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

49.     Marcus Pratt, Jr. does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

50.     Cracen Noah Ortega does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

51.     Todd Morris does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

52.     Pahmel Archer does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

53.     Travorous Johnson does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

54.     Travonna Fletcher does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

55.    Tasha Downing does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

56.    Leilani Purinton does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

57.    Remi Downing does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

58.    Zyler Downing does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

59.    Kyshon Brown does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

60.    Quintessa charged ERB for 40 non-commercial cases that were not pre-qualified, resulting in damages of $80,000. See Exhibit 4, ERBQ000774 (excel spreadsheet identifying in yellow highlight the 40 improperly non-commercial charged cases and the reason therefore).

61.    Quintessa never identified by name any plaintiffs / leads that ERB failed to "properly disengage" before it filed its lawsuit.

62.    On May 9, 2020, it became readily apparent that Quintessa was not pre-qualifying leads per the terms of the agreement. This was especially true with regard to the insurance requirement.

63.    After May 9, 2020, in reliance upon Quintessa's statement, ERB began investigating leads / plaintiffs that Quintessa failed to pre-qualify for insurance. If leads / plaintiffs turned out to be unqualified due to a lack of insurance, ERB disengaged the lead in reliance upon Quintessa's statement.

64. On May 14, 2020, Ryan Bradley had a recorded telephone call with Lauren Mingee and Leo Mingee which was audio recorded in the court of ERB's ordinary course of business through its VOIP telephone system. A true and accurate recording of that telephone call is marked as Exhibit 7; Exhibit 8 is a certified transcription of that phone call.

65. Jasmine Burns never appeared as a separate lead within the portal with entries for "PC First Name," "OC Middle Name" and "PC Last Name" and as such ERB never received portal notification that she was a separate lead / plaintiff. Rather, his name only appeared within the "notes" section of a lead for "Travorous Johnson." *See* Exhibit 5, Paragraph 16, affidavit of E. Ryan Bradley, owner of ERB Legal Investment, LLC.

66. Jasmine Burns does not appear in Law Ruler because Quintessa did not send this lead / plaintiff as a separate lead within the portal as required by the contract.

67. There is no evidence that Jasmine Burns was ever pre-qualified by Quintessa for all contract criteria.

68. Toni Lambert's incident occurred in Decatur, IL according to the intake performed by ERB in Law Ruler.

69. Antwan Miller's incident occurred in Joliet, IL according to the intake performed by ERB in Law Ruler.

**FURTHER, AFFIANT SAYETH NOT**

_____

E. Ryan Bradley

STATE OF MISSOURI    )

                  ) SS

ıTY OF ST. LOUIS          )

On this day, before me, A Notary Public in and for said state, personally appeared
_E·Ryan Bradley_ Known to me to be the person who executed within document and
acknowledged to me that he executed the same for the purposes stated.

Subscribed and sworn to before me this 31st day of August .20 22 in my office
in the City of St. Louis, MO.

_____
Notary Public

ABBY C ALBERTER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COMMISSIONED FOR ST. LOUIS CITY
MY COMMISSION EXPIRES APR. 08, 2026
ID #22503146

ABBY C ALBERTER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COMMISSIONED FOR ST. LOUIS CITY
MY COMMISSION EXPIRES APR. 06, 2026
ID #22805748