| Dis. Due Date | Intake Time | Potential Client | Case Type | Phone | Status | Passengers | Case Count | Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/20 12:07 | 4/24/20 12:07 | Marie Williams OBO Shawn Williams | Motor Vehicle Accident | 918-527-4341 | Attorney Signed/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/4/20 21:44 | 4/28/20 21:44 | Za'Coree Hopkins | Motor Vehicle Accident | 314-359-5739 | Attorney Signed/Attorney Disengaged | Za'Coree Hopkins OBO Zi'Lah Watson (Esigned/Attorney F | 1 | $ 2,000.00 | MO |
| 5/5/20 7:22 | 4/29/20 7:22 | Jayda Burkett | Commercial MVA | 314-335-0842 | Esigned/Attorney Retained | Kyshon Brown (Emailed Only) | 1 | $ 4,200.00 | MO |
| 5/7/20 14:29 | 5/1/20 14:29 | Quinton Mabins | Motor Vehicle Accident | 314-326-0681 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/8/20 15:00 | 5/2/20 15:00 | Aaron Rollow | Motor Vehicle Accident | 417-437-3705 | Esigned/Attorney Retained | Rita E. Lasiter (Esigned/Attorney Retained) | 2 | $ 4,000.00 | MO |
| 5/10/20 7:06 | 5/4/20 7:06 | Kim Ratliff | Semi | 816-916-6787 | Esigned/Attorney Retained | Kim Ratliff OBO Blanton Ratliff (Esigned/Attorney Disenga | 1 | $ 4,200.00 | MO |
| 5/10/20 13:32 | 5/4/20 13:32 | Michael C. Smith | Motor Vehicle Accident | 314-782-9409 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/11/20 12:56 | 5/5/20 12:56 | Rebecca Priestes | Motor Vehicle Accident | 417-693-8684 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/12/20 0:35 | 5/6/20 0:35 | Donielle Ivy | Motor Vehicle Accident | 314-226-0925 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/14/20 16:13 | 5/8/20 16:13 | Mikki Blair | Motor Vehicle Accident | 618-661-6361 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/16/20 7:15 | 5/10/20 7:15 | Yoroh Jallow | Motor Vehicle Accident | 314-203-3613 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/16/20 12:29 | 5/10/20 12:29 | Kiara Taylor | Motor Vehicle Accident | 618-250-2650 | Esigned/Attorney Retained | PC's Driver (Emailed Only) | 1 | $ 2,000.00 | MO |
| 5/17/20 10:52 | 5/11/20 10:52 | Crystal Wisdom | Motor Vehicle Accident | 573-421-0248 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/20/20 8:36 | 5/14/20 8:36 | Derrick Dunn Jr | Motor Vehicle Accident | 314-853-5381 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/21/20 14:59 | 5/15/20 14:59 | Troy Martin | Commercial MVA | 314-930-0251 | Esigned/Attorney Retained | Cloria Bishop (Attorney Signed/Attorney Retained) | 2 | $ 8,400.00 | MO |
| 5/22/20 9:54 | 5/16/20 9:54 | Mallory Grant | Motor Vehicle Accident | 816-491-1209 | Esigned/Attorney Retained | Mallory Grant OBO Troy Jefferson (Esigned/Attorney Reta | 2 | $ 4,000.00 | MO |
| 5/23/20 12:14 | 5/17/20 12:14 | Frank Merriman | Motor Vehicle Accident | 5732533115 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 5/24/20 11:03 | 5/18/20 11:03 | Kerri Laramore OBO Riley Dobynes | Motor Vehicle Accident | 6189540787 | Attorney Signed/Attorney Retained | | 1 | $ 2,000.00 | IL |
| 5/24/20 16:57 | 5/18/20 16:57 | Eyob Okubay | Motor Vehicle Accident | 816-387-3367 | Esigned/Attorney Retained | Tesfay Awalom (Esigned/Attorney Disengaged), Huluf Wo | 2 | $ 4,000.00 | MO |
| 5/25/20 8:11 | 5/19/20 8:11 | William Govan | Motor Vehicle Accident | 4173664431 | Esigned/Attorney Retained | Lacey Govan (Esigned/Attorney Retained) | 2 | $ 4,000.00 | MO |
| 5/25/20 10:19 | 5/19/20 10:19 | Brandon Kirby | Semi | 314-346-0218 | Esigned/Attorney Retained | | 1 | $ 4,200.00 | MO |
| 5/25/20 18:11 | 5/19/20 18:11 | Naomi Jordan | Commercial MVA | 314-405-4967 | Esigned/Attorney Retained | | 1 | $ 4,200.00 | MO |
| 5/26/20 12:49 | 5/20/20 12:49 | Jacob Jarman | Commercial MVA | 4172917362 | Esigned/Attorney Retained | Will provide (Emailed Only) | 1 | $ 4,200.00 | MO |
| 6/1/20 10:44 | 5/26/20 10:44 | Lawrence Hadley | Motor Vehicle Accident | 3142583405 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/2/20 11:13 | 5/27/20 11:13 | Jacob Taylor | Motor Vehicle Accident | 337-458-6741 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/2/20 12:01 | 5/27/20 12:01 | Jerry Dean | Motor Vehicle Accident | 8163160439 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/2/20 17:04 | 5/27/20 17:04 | Christopher Lewis | Commercial MVA | 1.31E+10 | Esigned/Attorney Disengaged | Geraldine Combs (Esigned/Attorney Retained) | 1 | $ 4,200.00 | MO |
| 6/3/20 11:35 | 5/28/20 11:35 | Pedro Sanchez | Motor Vehicle Accident | 3142852240 | Esigned/Attorney Retained | Elias Sanchez (Attorney Signed/Attorney Retained) | 2 | $ 4,000.00 | MO |
| 6/3/20 12:59 | 5/28/20 12:59 | Sharee Holmes | Motor Vehicle Accident | 314-701-9247 | Esigned/Attorney Retained | Craig Murphy (Esigned/Attorney Retained), Cerra Murphy | 2 | $ 4,000.00 | MO |
| 6/3/20 14:10 | 5/28/20 14:10 | Jasmine Womack | Motor Vehicle Accident | 636-515-6679 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/3/20 17:17 | 5/28/20 17:17 | Jacqueline Ladd OBO Kendrionte Lindsey | Motor Vehicle Accident | 314-504-6157 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | IL |
| 6/4/20 9:21 | 5/29/20 9:21 | Jerry Wells | Motor Vehicle Accident | 660-651-6975 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/4/20 10:41 | 5/29/20 10:41 | Cierra Davis | Motor Vehicle Accident | 7795378340 | Esigned/Attorney Retained | Charmaine Pope (Esigned/Attorney Retained), Cierra Dav | 4 | $ 8,000.00 | IL |
| 6/4/20 12:57 | 5/29/20 12:57 | Amanda Wetherell | Motor Vehicle Accident | 4176211753 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/7/20 8:07 | 6/1/20 8:07 | Rahnon Carter | Motor Vehicle Accident | 419-283-1469 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | IL |
| 6/7/20 14:35 | 6/1/20 14:35 | Brittney Buren | Motor Vehicle Accident | 4172479848 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/8/20 15:58 | 6/2/20 15:58 | Catherine L. Hodge | Motor Vehicle Accident | 618-612-6047 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | IL |
| 06/09/2020 | 06/03/2020 | Joe Engel | Motor Vehicle Accident | 636-209-0337 | Esigned/Attorney Disengaged | | | $ - | |
| 6/9/20 12:05 | 6/3/20 12:05 | Tomas Maier | Motor Vehicle Accident | 6187194529 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | IL |
| 6/10/20 10:02 | 6/4/20 10:02 | Mickey Rawlins | Premises Liability | 573-430-3449 | Esigned/Attorney Disengaged | | | $ - | Current premise is 0%. Must take non auto accident not to exceed 10% |
| 6/10/20 10:10 | 6/4/20 10:10 | Oscar Cooper | Commercial MVA | 816-562-0584 | Esigned/Attorney Retained | Jaylene Banks (Esigned/Attorney Retained) | 2 | $ 8,400.00 | MO |
| 6/10/20 15:59 | 6/4/20 15:59 | Martinez Ursery | Motor Vehicle Accident | 3144459854 | Esigned/Attorney Retained | Felicia Kennell (Esigned/Attorney Retained) | 2 | $ 4,000.00 | MO |
| 06/11/2020 | 06/05/2020 | Jeannette Ferguson | Commercial MVA | 312-981-9536 | Esigned/Attorney Disengaged | | | $ - | |
| 6/11/20 11:37 | 6/5/20 11:37 | Damarcus Mason | Motor Vehicle Accident | 417-569-2641 | Esigned/Attorney Retained | Pahmel Archer (Esign Pending) | 1 | $ 2,000.00 | MO |
| 6/11/20 13:50 | 6/5/20 13:50 | Antonio Dickerson | Motor Vehicle Accident | 618-623-1277 | Esigned/Attorney Retained | Todd Morris (Emailed Only) | 1 | $ 2,000.00 | IL |
| 06/12/2020 | 06/06/2020 | Arthur Pannell | Commercial MVA | 309-922-5530 | Esigned/Attorney Disengaged | | | $ - | |
| 6/14/20 9:36 | 6/8/20 9:36 | William Vonn Smith | Motor Vehicle Accident | 314-220-6718 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/14/20 15:18 | 6/8/20 15:18 | Stacy Declue | Motor Vehicle Accident | 573-854-4816 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/14/20 18:59 | 6/8/20 18:59 | Raylon East | Commercial MVA | 917-482-7005 | Esigned/Attorney Retained | | 1 | $ 4,200.00 | IL |
| 06/15/2020 | 06/09/2020 | Kamren Hilliard Sr. | Motor Vehicle Accident | 618-960-1292 | Esigned/Attorney Disengaged | Kamren Hilliard Sr. OBO Kamren Hilliard Jr. (Esigned / Attorney Disengaged PDF) Kamren Hilliard Sr. OBO Kiara McDaniel (Esigned / Attorney Disengaged PDF) | | $ - | |
| 6/15/20 14:32 | 6/9/20 14:32 | Alvaro Delgado | Motor Vehicle Accident | 816-492-1528 | Attorney Signed/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/16/20 2:59 | 6/10/20 2:59 | David Young | Motor Vehicle Accident | 925-586-6824 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/16/20 19:55 | 6/10/20 19:55 | Rayco Sills | Motor Vehicle Accident | 573-639-3826 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/17/20 18:21 | 6/11/20 18:21 | Betty Ross | Motor Vehicle Accident | 417-229-7857 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 6/17/20 20:41 | 6/11/20 20:41 | Toni Lambert | Motor Vehicle Accident | 217-520-1342 | Attorney Signed/Attorney Retained | Michael Davis (Emailed Only) | 1 | $ 2,000.00 | IL |

QUINTESSA 0005

| Date | Date | Name | Type | Phone | Status | Notes | # | Amount | State |
|---|---|---|---|---|---|---|---|---|---|
| 06/18/2020 | 06/12/2020 | Edward Simpson | Motor Vehicle Accident | 314-255-3524 | Esigned/Attorney Disengaged | | | $   - | |
| 6/18/20 9:53 | 6/12/20 9:53 | John Juengain | Motor Vehicle Accident | 314-376-7711 | Attorney Signed/Attorney Disengaged | | 0 | $   - | IL |
| 6/18/20 22:02 | 6/12/20 22:02 | DeAngelo Lovelace | Motor Vehicle Accident | 224-423-6959 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | IL |
| 6/18/20 23:23 | 6/12/20 23:23 | Mariaha Ortega | Motor Vehicle Accident | 417-294-2632 | Esigned/Attorney Retained | Gracen Noah Ortega (Emailed Only) | 1 | $ 2,000.00 | MO |
| 6/19/20 12:38 | 6/13/20 12:38 | Veronica Charleston | Motor Vehicle Accident | 314-452-1201 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | MO |
| 06/22/2020 | 06/16/2020 | Eunique Cooper | Motor Vehicle Accident | 314-305-1271 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 06/22/2020 | 06/16/2020 | Corey Hamilton | Motor Vehicle Accident | 618-671-7483 | Esigned/Attorney Retained | Cyliasha Harris (Esigned/Attorney Retained) | 2 | $ 4,000.00 | |
| 06/23/2020 | 06/17/2020 | Terry Harris | Motor Vehicle Accident | 816-988-0912 | Esigned/Attorney Disengaged | | | | |
| 06/23/2020 | 06/17/2020 | June Jones OBO Precious A. Jones | Motor Vehicle Accident | 618-515-0456 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 06/23/2020 | 06/17/2020 | Carolyn Sledge | Motor Vehicle Accident | 314-295-8132 | Esigned/Attorney Retained | Troy Sledge (Esigned / Attorney Disengaged | 1 | $ 2,000.00 | |
| 06/23/2020 | 06/17/2020 | Lenora Washington | Motor Vehicle Accident | 314-261-6603 | Esigned/Attorney Disengaged | | | | |
| 06/23/2020 | 06/17/2020 | Weldon L. Kendrick Jr. | Motor Vehicle Accident | 314-926-1539 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 06/24/2020 | 06/18/2020 | Mindy Carpenter | Motor Vehicle Accident | 660-973-3290 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 06/25/2020 | 06/19/2020 | Daniel Lofton | Motor Vehicle Accident | 314-541-1879 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 06/25/2020 | 06/19/2020 | Derek Burton | Semi | 618-531-9551 | Esigned/Attorney Disengaged | | | | |
| 06/26/2020 | 06/20/2020 | Cathleen Dilbeck | Motor Vehicle Accident | (573)-223-3248 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 06/26/2020 | 06/20/2020 | Ledeisha Gipson | Motor Vehicle Accident | 312-623-9131 | Esigned/Attorney Retained | Quinshawn Banks (Esigned / Attorney Retained) | 2 | $ 4,000.00 | |
| 06/27/2020 | 06/21/2020 | Kimontrell Williams | Motor Vehicle Accident | 309-712-5358 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 06/27/2020 | 06/21/2020 | Annette Porter | Motor Vehicle Accident | 618-204-7413 | Esigned/Attorney Retained | Annette Porter OBO Patricia Dotson (Esigned / Attorney Disengaged) | 1 | $ 2,000.00 | |
| 06/28/2020 | 06/22/2020 | Artura Williams | Motor Vehicle Accident | 773)-672-0156 | Esigned/Attorney Disengaged | | | | |
| 06/30/2020 | 06/24/2020 | DeShawn Powell | Motor Vehicle Accident | 773-459-2836 | Esigned/Attorney Disengaged | | | | |
| 06/30/2020 | 06/24/2020 | Tareq Ghaboun OBO Reem Hamad | Motor Vehicle Accident | 708-265-0134 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/01/2020 | 06/25/2020 | Charles Fouthern | Motor Vehicle Accident | 573-303-7475 | Esigned/Attorney Disengaged | | | $   - | |
| 07/02/2020 | 06/26/2020 | Jeffrey Lodes | Motor Vehicle Accident | (636)-466-9984 | Esigned/Attorney Disengaged | | | | |
| 07/04/2020 | 06/28/2020 | Avery Sanders | Motor Vehicle Accident | 217-670-9814 | Esigned/Attorney Disengaged | | | $   - | |
| 07/04/2020 | 06/28/2020 | Tasren Burks | Motor Vehicle Accident | 816-469-2915 | Esigned/Attorney Disengaged | | | $   - | |
| 07/04/2020 | 06/28/2020 | Kelly Ohara | Motor Vehicle Accident | 312-312-6722 | Esigned/Attorney Disengaged | | | | |
| 07/05/2020 | 06/29/2020 | Teresa Drake | Motor Vehicle Accident | 816-808-0000 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/07/2020 | 07/01/2020 | Sherry Phelps | Commercial Premises Liability | 816-845-0934 | Esigned/Attorney Retained | | 1 | $ 4,200.00 | |
| 07/07/2020 | 07/01/2020 | Jeremiah Denard | Motor Vehicle Accident | 630-785-9837 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/07/2020 | 07/01/2020 | Andy Baker | Motor Vehicle Accident | 312-208-9734 | Esigned/Attorney Disengaged | DEZ (Emailed Only / Attorney Disengaged) Phillip Baker (Emailed Only / Attorney Disengaged) Will provide (Emailed Only / Attorney Disengaged) | | $   - | |
| 07/07/2020 | 07/01/2020 | Carmell Bradley Jr. | Motor Vehicle Accident | 314-201-8520 | Esigned/Attorney Retained | PC's Friend (Emailed Only) PC's Friend (Emailed Only) | 1 | $ 2,000.00 | |
| 07/08/2020 | 07/02/2020 | Karta Brim | Motor Vehicle Accident | 708-252-4300 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/08/2020 | 07/02/2020 | Landan Williamson | Motor Vehicle Accident | 314-240-9561 | Esigned/Attorney Retained | Brittney Foster (Esigned / Attorney Disengaged PDF) Q'dayes Spears (Esigned / Attorney Disengaged | 1 | $ 2,000.00 | |
| 07/10/2020 | 07/04/2020 | Michael Behr | Motor Vehicle Accident | 636-586-8524 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/12/2020 | 07/06/2020 | Zahnto Wolo | Motor Vehicle Accident | 913-293-1781 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/12/2020 | 07/06/2020 | Brandon Edelen | Motor Vehicle Accident | 636-980-7124 | Esigned/Attorney Disengaged | Sarah Koskela (Esigned / Attorney Disengaged) | | $   - | |
| 07/13/2020 | 07/07/2020 | Krystal Triplett | Motor Vehicle Accident | 314-655-8215 | Esigned/Attorney Retained | Cory Ray (Esigned / Attorney Retained) Jestin Montgomery (Emailed Only) | 2 | $ 4,000.00 | |
| 07/15/2020 | 07/09/2020 | Steven Spratt | Motor Vehicle Accident | 314-243-3222 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/15/2020 | 07/09/2020 | Cynthia Williams | Commercial Premises Liability | 314-435-4736 | Esigned/Attorney Retained | | 1 | $ 4,200.00 | |
| 07/15/2020 | 07/09/2020 | Yesenia Martinez | Motor Vehicle Accident | 816-469-3442 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/15/2020 | 07/09/2020 | Victoria Ryann Dixon | Motor Vehicle Accident | 618-771-9988 | Esigned/Attorney Disengaged | | | $   - | |
| 07/15/2020 | 07/09/2020 | Ahmed Alrifaei | Semi | 773-869-2346 | Esigned/Attorney Retained | | 1 | $ 4,200.00 | |
| 07/16/2020 | 07/10/2020 | Jason Thomas | Semi | 618-974-0879 | Esigned/Attorney Retained | | 1 | $ 4,200.00 | |
| 07/16/2020 | 07/10/2020 | Bianca Ball | Motor Vehicle Accident | 314-498-0117 | Esigned/Attorney Retained | Bianca Ball OBO Elijah Ball (Esigned / Attorney Retained) | 2 | $ 4,000.00 | |
| 07/16/2020 | 07/10/2020 | Caprice Leggs | Commercial Premises Liability | 816-699-8806 | Esigned/Attorney Disengaged | | | $   - | |
| 07/16/2020 | 07/10/2020 | Sirmarki Davis | Motor Vehicle Accident | 7737890339 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/16/2020 | 07/10/2020 | Quentina Murray | Motor Vehicle Accident | 314-629-0970 | Esigned/Attorney Retained | Edwina Blair (Esigned / Attorney Retained PDF) Quentin Murray (Esigned / Attorney Retained | 3 | $ 6,000.00 | |
| 07/16/2020 | 07/10/2020 | Jason Thomas | Semi | 61879740879 | Esigned/Attorney Retained | | 1 | $ 4,200.00 | |
| 07/16/2020 | 07/10/2020 | Christian Winston | Commercial MVA | 81527852763 | Esigned/Attorney Disengaged | | | $   - | |
| 07/17/2020 | 07/11/2020 | Chenier Fointno | Motor Vehicle Accident | 815-450-8566 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/18/2020 | 07/12/2020 | Rick Tyner | Product Liability | 816-728-0121 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/19/2020 | 07/13/2020 | David West | Motor Vehicle Accident | 314-737-1593 | Esigned/Attorney Retained | | 1 | $ 2,000.00 | |
| 07/19/2020 | 07/13/2020 | Miguel Acosta | Motor Vehicle Accident | 312-731-0179 | Esigned/Attorney Disengaged | | | $   - | |
| 07/19/2020 | 07/13/2020 | Mary Bales | Motor Vehicle Accident | 573-300-8782 | Esigned/Attorney Disengaged | John Michael Reiser (Esigned / Attorney Disengaged) | | | |

QUINTESSA 0006

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/20/2020 | 07/14/2020 | Brenden Mollett | Motor Vehicle Accident | 314-359-7835 | Esigned/Attorney Retained | | 1 | $ 2,000.00 |
| 07/20/2020 | 07/14/2020 | Taron Smith | Motor Vehicle Accident | 312-402-6435 | Esigned/Attorney Disengaged | | | $ - |
| 07/21/2020 | 07/15/2020 | Lawonda Isaac | Motor Vehicle Accident | 618-960-3118 | Esigned/Attorney Retained | | 1 | $ 2,000.00 |
| 07/21/2020 | 07/15/2020 | Lucas Knott | Motor Vehicle Accident | 314-688-6632 | Esigned/Attorney Retained | | 1 | $ 2,000.00 |
| 07/21/2020 | 07/15/2020 | James Golden | Commercial MVA | 417-507-4285 | Esigned/Attorney Disengaged | | | $ - |
| 07/22/2020 | 07/16/2020 | Rochelle Harrell | Motor Vehicle Accident | 816-337-1308 | Esigned/Attorney Retained | | 1 | $ 2,000.00 |
| 07/22/2020 | 07/16/2020 | Jevon M. Jones Jr. | Motor Vehicle Accident | 314-203-4151 | Esigned/Attorney Retained | | 1 | $ 2,000.00 |
| 07/22/2020 | 07/16/2020 | Warren Cook | Commercial Premises Liability | 417-365-3776 | Esigned/Attorney Disengaged | | | $ - |
| 07/23/2020 | 07/17/2020 | Donna Schneider | Motor Vehicle Accident | 2172420120 | Esigned/Attorney Retained | | 1 | $ 2,000.00 |
| 07/21/2020 | 07/15/2020 | Recia Carter | Motor Vehicle Accident | 2179531035 | Esigned/Attorney Disengaged | | | $ - |

QUINTESSA 0007