

## Case

**Intake Date/Time**
07/10/2020 09:46 PM

**Case Summary**
**Already Verified**

DOI: October 10, 2019

injuries. The PC went to the hospital via ambulance. The PC was admitted and transf... hospital between four to six weeks. The PC broke her hip and her knee. The PC had... The PC didn't have insurance and she is needing further follow up care.

| PC First Name | PC Middle Name | PC Last |
|---|---|---|
| Christian | | Winst... |

| PC Phone # | PC Email |
|---|---|
| 815-278-5273 | N/A |

| PC Street Address | PC City |
|---|---|
| PO. Box 2401 | Kanakee |

**Case Type:** Commercial MVA
**Is this a Case?** Yes / Potential / No
**Accident Stat...** IL

**Upload File(s)**
Choose File — No file chosen    Choose File — No file chosen
Image Caption    Image Caption

### Notes

| Time | Type | User | Note |
|---|---|---|---|
| 07/17/20 09:01 AM | Attorney Disengaged | Lauren - | Placed at fault on police report. Per Kankakee PD records clerk client was placed at fault on PR |
| 07/15/20 03:30 PM | General Case Note | Tiahna - | Text PC to verify PR |
| 07/14/20 10:49 AM | Pending Disengagement | Rachel Schmitt | Placed at fault on police report. Per Kankakee PD records clerk client was placed at fault on PR |
| 07/13/20 04:19 PM | General Case Note | Tiahna - | Spoke to PC all is well |
| 07/13/20 10:40 AM | General Case Note | Dustyn - | called pc all is well |
| 07/12/20 11:01 AM | Attorney Retained | Michael J. | null |
| 07/12/20 10:58 AM | Emailed Only | Michael J. | Passenger: Christian Winston OBO Amarion Winston |
| 07/12/20 10:58 AM | Emailed Only | Michael J. | Passenger: Christian Winston OBO An'Yon Fields-Winston |
| 07/12/20 10:58 AM | Emailed Only | Michael J. | Passenger: Christian Winston OBO Miracle Winston |
| 07/12/20 10:58 AM | Esigned | Michael J. | Email sent: CHRISTIAN WINSTON COMMERCIAL MVA ESIGNED IL - The PCs are signed and aware you will call |
| 07/12/20 09:48 AM | Esign sent | Tiahna - | Esign texted to Christian Winston at 815-278-5273 message: Please sign our form for Christian Winston located here http://accidentintakeforms.com/contract.aspx?case=2ac7b68a-4750-4ac5-81f2-36220aa68634 |

Amarion Winston
Ari'Yon Winston
Miracle Winston



**Accident Intake Form**

ase

ke Date/Time

6/17/2020 08:27 PM

se Summary

PC currently has an attorney but wants a second opinion

DOI: 12/17/2019

NJURY: broken hip, pelvic bone and right joint socket injury. PC went to the ER by a
three different ERs that were not equipped for a trauma. He and ended up in Laloa. :
urgery due to internal bleeding. His seat belt had ruptured his stomach. The PC was

| First Name | PC Middle Name | PC Last |
| Antwan | | Miller |

| Phone # | PC Email |
| 123832638 | antwanmiller9090@gmail.com |

| Street Address | PC City |
| 3115 South St. Lawrence Ave | Chicago |

| se Type | Is this a Case? | Accident Stat |
| Motor Vehicle Accident | Yes  Potential  No | IL |

Upload File(s)

No file chosen | No file chosen
Image Caption | Image Caption

**Notes**

| Time | Type | User | Note |
| --- | --- | --- | --- |
| 07/03/20 03:50 PM | General Case Note | Makayla - | Disengaged by Attorney |
| 06/26/20 04:36 PM | General Case Note | Rachel Schmitt | LVM with PC to follow up on contract |
| 06/24/20 01:29 PM | General Case Note | Rachel Schmitt | I called PC to try to get more info. NA LVM |
| 06/23/20 04:28 PM | General Case Note | Johnnie - | Spoke to PC he stated that he is pursuing the case with the Bradley law firm |
| 06/22/20 06:52 PM | General Case Note | Rachel Schmitt | I tried to call PC again. NA LVM. Please transfer to us if you reach him |
| 06/22/20 02:10 PM | Returning Call Note | Johnnie - | Spoke to PC no questions or concerns |
| 06/19/20 11:07 AM | General Case Note | Rachel Schmitt | Attempted to contact. PNC is not home right now. left message for him to call me back |
| 06/19/20 09:27 AM | General Case Note | Johnnie - | Spoke to PC no questions or concerns |
| 06/18/20 03:19 PM | General Case Note | Rachel Schmitt | I left VM with PC |
| 06/18/20 11:58 AM | General Case Note | Johnnie - | Spoke to PC no questions or concerns |
| 06/17/20 08:47 PM | Emailed Only | Reagan - | Passenger: Shaquille Jones |
| 06/17/20 08:47 PM | Emailed Only | Reagan - | Email sent: ANTWAN MILLER MOTOR VEHICLE ACCIDENT EMAILED ONLY IL - We wanted to get this sent over to see if this is something you would be able to assist with. The PC is aware someone from the firm will be reaching out. Thank you |

Note Type:

- Select -

*Antwan miller*
*Shaquille Jones*

# Case

**Intake Date/Time**

06/16/2020 05:03 AM

**Case Summary**

DOI: 06/04/2020

Injuries: PC had a busted lip, elbow was cut open on both sides, and neck and back pain worsened. Ambulance did come to the scene, treated the PC and advised him Room. Now the PC's kids are complaining of pain from the accident. PC is willing to gone to treatment yet with COVID-19.

Liability: PC had the green light at Irk City Expressway. PC did not see the DEF on th

**PC First Name**    **PC Middle Name**    **PC Last**

Eunique    Coope

**PC Phone #**    **PC Email**

314-305-1271    euniquec1217@gmail.com

**PC Street Address**    **PC City**

155 Chappel Ridge Drive, Apt 322    Hazelwood

**Case Type**    **Is this a Case?**    **Accident Stat**

Motor Vehicle Accident ⌄    ● Yes ○ Potential ○ No    MO

**Upload File(s)**

Choose File No file chosen    Choose File No file chosen

Image Caption    Image Caption

Add File Upload

## Notes

| Time | Type | User | Note |
|---|---|---|---|
| 06/27/20 02:10 PM | General Case Note | Sarah - | PC claims she has never been contacted by the firmed. Live transferred, no answer. Sending email |
| 06/16/20 08:35 AM | Attorney Retained | Michael J | null |
| 06/16/20 08:34 AM | Emailed Only | Michael J | Passenger: Marcus Pratt OBO Madison Pratt |
| 06/16/20 08:34 AM | Emailed Only | Michael J | Passenger: Marcus Pratt OBO Marcus Pratt Jr. |
| 06/16/20 08:34 AM | Emailed Only | Michael J | Passenger: Marcus Pratt |
| 06/16/20 08:34 AM | Esigned | Michael J | Email sent: EUNIQUE COOPER MOTOR VEHICLE ACCIDENT ESIGNED MO - The PC is signed and aware you will call |
| 06/16/20 05:38 AM | Esign sent | Trever - | Esign texted to Eunique Cooper at 3143051271 |
| | | | message: Please sign our form for Eunique Cooper located here: http://accidentintakeforms.com/contract.aspx?case=a2d2ca3e-b768-43a8-b350-09ba0c60068b |

**Note Type:**

- Select - ⌄

**Note**

Add Note

Close

*marcus Pratt Sr.*
*marcus Pratt Jr.*
*madison Pratt*

## ase

**Accident Intake Forms**

**take Date/Time**

06/12/2020 11:23 PM

**se Summary**

SCB 10:30 AM to talk to the attorney
DOI 06/07/2020

Injuries: Whiplash, right Wrist is injured. PC has to see a bone doctor Monday 06/1[...]

Liability: PC made a left turn onto State Highway 76 going East bound and was driv[...]
across the center line and struck the PC in the front left side. The State Highway Tr[...]
accident. PC had to find a ride to the Hospital Cox in Branson, MO.

| C First Name | PC Middle Name | PC Las[...] |
|---|---|---|
| Mariaha | | Orte[...] |

| C Phone # | PC Email |
|---|---|
| 4172942632 | greysensmom1031@gmail.com |

| C Street Address | PC City |
|---|---|
| 304 twinoaks | Kurbyville |

| se Type | Is this a Case? | Accident Sta[...] |
|---|---|---|
| Motor Vehicle Accident | Yes  Potential  No | MO |

**Upload File(s)**

| | |
|---|---|
| Choose File  No file chosen | Choose File  No file chosen |
| Image Caption | Image Caption |

Add File Upload

No images attached.

## Notes

| Time | Type | User | Note |
|---|---|---|---|
| 07/02/20 03:37 PM | General Case Note | Rachel Schmitt | Per my last note Please disengage. both other driver and clients insurance stated she is at fault for the accident |
| 06/26/20 04:39 PM | General Case Note | Rachel Schmitt | Please disengage. per letter from PC's insurance company PC was at fault claim denied |
| 06/13/20 10:31 AM | General Case Note | Karina - | Called PC did not see. |
| 06/13/20 07:14 AM | Attorney Retained | Karina - | null |
| 06/13/20 07:13 AM | Emailed Only | Karina - | Passenger: Gracen Noah Ortega |
| 06/13/20 07:13 AM | Esigned | Karina - | Email sent. MARIAHA ORTEGA MOTOR VEHICLE ACCIDENT ESIGNED MO - PC is signed and aware you will call |
| 06/13/20 12:05 AM | Esign sent | Trever - | Esign texted to Mariaha Ortega at 4172942632 message: Please sign our form for Mariaha Ortega located here http://accidentintakeforms.com/contract.aspx?case=5a722dbe-d3d8-423a-9b57-ac9a56055221 |
| 06/12/20 11:59 PM | Esign sent | Trever - | Esign texted to Mariaha Ortega at 4172942632 message: Please sign our form for Mariaha Ortega located here http://accidentintakeforms.com/contract.aspx?case=5a722dbe-d3d8-423a-9b57-ac9a56055221 |

**Note Type:**

- Select -

**Note**

Gracen Noah ortega



Accident Intake Form

ase

ake Date/Time

06/11/2020 08:41 PM

se Summary

OI 03/25/2020

njury The PC sustained 2 broken ribs and facial fractures. She had a brain bruise b
uffering from chronic headaches PC went to the hospital via ambulance and receiv
as discharged from the hospital with pain medication and had virtual follow up appo
ate of follow up).

First Name          PC Middle Name               PC Last
oni                                               Lamb

Phone #             PC Email
2175201342          nikilea3@yanoo.com

Street Address      PC City
5030 West Center Street Apt. A    Decatur

se Type             Is this a Case?              Accident Stat
Motor Vehicle Accident    Yes  Potential  No     IL

Upload File(s)

Choose File No file chosen          Choose File No file chosen
Image Caption                       Image Caption

Add File Upload

No images attached.

## Notes

| Time | Type | User | Note |
|---|---|---|---|
| 06/26/20 04:40 PM | General Case Note | Rachel Schmitt | Please disengage there is no insurance for either party confirmed today |
| 06/25/20 04:10 PM | Attorney Retained | Lauren - | null |
| 06/25/20 04:10 PM | Attorney Signed | Lauren - | |
| 06/13/20 09:48 PM | General Case Note | Jonnnie - | Spoke to PC PC has signed with the firm and is moving forward with the case |
| 06/13/20 01:58 PM | General Case Note | Jonnnie - | Called PC to follow up LVM |
| 06/11/20 09:57 PM | Emailed Only | Reagan - | Passenger Michael Davis |
| 06/11/20 09:57 PM | Emailed Only | Reagan - | Email sent TONI LAMBERT MOTOR VEHICLE ACCIDENT EMAILED ONLY IL - Emailing over only because of the extent of the situation and the extent of the injuries PC and passenger are willing to sign if we can assist Thank you |

Note Type:

- Select -

Note

Michael Davis in TW    Sent TD 7·15·20

Add Note

Close



Todd Morris



## Case

**Intake Date/Time**

06/05/2020 11:37 AM

**Case Summary**

DOI: 05/29/2020 | Springfield, Missouri | MVA

**"PC would like the attorney to arrange treatment"**

Injuries: PC is having pain in his shoulders, back and neck. PC went to the emergen
The PC is needing further treatment arranged since he is still feeling pain
Passenger- PC is having neck spasms as well as back and knee injuries. PC went to
rays on neck, back & left knee

| PC First Name | PC Middle Name | PC Last |
|---|---|---|
| Damarcus | | Mason |

| PC Phone # | PC Email | |
|---|---|---|
| 417-569-2641 | damarcusmason@outlook.com | |

| PC Street Address | PC City | |
|---|---|---|
| 3709 Westbrook Court | Springfield | |

| Case Type | Is this a Case? | Accident Stat |
|---|---|---|
| Motor Vehicle Accident ▼ | Yes  Potential  No | MO |

**Upload File(s)**

Choose File No file chosen     Choose File No file chosen
Image Caption     Image Caption

Add File Upload

No images attached.

### Notes

| Time | Type | User | Note |
|---|---|---|---|
| 06/12/20 05:18 PM | General Case Note | Ciara - | sent follow up text |
| 06/12/20 03:29 PM | General Case Note | Ciara - | called pc to follow up, no vm set up |
| 06/11/20 11:13 AM | General Case Note | Ciara - | Called PC to follow up, PC has questions to see if they have been in contact with the insurance, emailing atty |
| 06/10/20 10:44 AM | General Case Note | Dee - | PC called re: communication with insurance carrier & collision shop/Provided # for firm & live transferred to Mary Ann |
| 06/09/20 03:27 PM | Returning Call Note | Ciara - | PC called back in and relayed the info on the collision place that his car is at, emailing atty |
| 06/09/20 02:25 PM | General Case Note | Ciara - | Called PC to follow up, no vm set up |
| 06/09/20 02:14 PM | Esign Pending | Ciara - | Passenger: Pahmel Archer |
| 06/08/20 11:22 AM | General Case Note | Ciara - | Called PC to follow up, all is well. No questions or concerns today |
| 06/05/20 04:14 PM | Attorney Retained | Rebbecca - | null |
| 06/05/20 12:41 PM | Emailed Only | Samantha - | Passenger: Pahmel Archer |
| 06/05/20 12:41 PM | Esigned | Samantha - | Email sent: DAMARCUS MASON MOTOR VEHICLE ACCIDENT ESIGNED MO - PC is signed and aware of your call. Will resend once we get passenger's signed contract. Thank you |
| 06/05/20 12:01 PM | Esign sent | Ciara - | Esign texted to Damarcus Mason at 417-569-2641 message: Please sign our form for Damarcus Mason located here: http://accidentintakeforms.com/contract.aspx?case=897671cb-7581-4fa8-a35f-121c98547123 |

**Note Type:**

- Select - ▼

Pahmel Archer



## Case

**Intake Date/Time**

06/05/2020 09:26 AM

**Case Summary**

DOI: 02/2020 | Charleston, Missouri |

**PC would like the attorney to arrange treatment**

Injuries: PC has some injuries in his back, PC has not had any treatment. Passenger neck and wrist, did receive treatment.

Liability: PC had the right of way and the DEF kept trying to get over in the right line

| PC First Name | PC Middle Name | PC Last |
|---|---|---|
| Tavorous | | Johns |

| PC Phone # | PC Email |
|---|---|
| (573)-836-3723 | tavorousj8@gmail.com |

| PC Street Address | PC City |
|---|---|
| 662 State HWY Y | Will Prov |

| Case Type | Is this a Case? | Accident State |
|---|---|---|
| Motor Vehicle Accident | Yes  Potential  No | MO |

**Upload File(s)**

No file chosen    No file chosen

Image Caption    Image Caption

Add File Upload

No images attached.

### Notes

| Time | Type | User | Note |
|---|---|---|---|
| 06/22/20 04:29 PM | General Case Note | Ciara - | Called PC and passenger to follow up, no answer, no vm |
| 06/22/20 02:18 PM | General Case Note | Ciara - | Called PC and passenger to follow up, no answer, no vm |
| 06/19/20 05:28 PM | General Case Note | Ciara - | Called PC and passenger, no answer, no vm |
| 06/19/20 09:36 AM | General Case Note | Ciara - | Called PC and passenger, no answer, no vm |
| 06/18/20 11:49 AM | General Case Note | Ciara - | Called PC and passenger, no answer, no vm |
| 06/11/20 02:34 PM | General Case Note | Ciara - | Called PC and passenger, no answer, no vm |
| 06/10/20 03:41 PM | General Case Note | Ciara - | Called PC and Passenger, no answer |
| 06/09/20 03:04 PM | General Case Note | Ciara - | Called PC & Passenger, no answer |
| 06/09/20 03:02 PM | General Case Note | Ciara - | Called PC EC, lvm |
| 06/08/20 05:27 PM | General Case Note | Rachel Schmitt | I called both PC's and neither phone is working. I also emailed Travorous |
| 06/08/20 02:04 PM | General Case Note | Ciara - | Called PC to follow up, no answer |
| 06/08/20 02:03 PM | General Case Note | Ciara - | Called PC to follow up, rings to disconnected |
| 06/06/20 10:28 AM | Emailed Only | Rebbecca - | Passenger: Travonna Fletcher |
| 06/06/20 10:28 AM | Emailed Only | Rebbecca - | Email sent: TAVOROUS JOHNSON MOTOR VEHICLE ACCIDENT EMAILED ONLY MO - PC is aware of your call thank you! |
| 06/05/20 03:59 PM | General Case Note | Johnnie - | LVM |
| 06/05/20 10:55 AM | General Case Note | Ciara - | Called PC and passenger, lvm |
| 06/05/20 09:29 AM | General Case Note | Brooke - | Called PC and LVM |

**Note Type:**

- Select -

*Tavorous Johnson*
*Travonna Fletcher*



## Case

**Intake Date/Time**

05/31/2020 07:21 AM

**Case Summary**

DOI: 05/29/2020

Injury: PC is having head, neck, and back pain, as well as some leg pain. PC was se[...] given medication. PC also had a CT scan.
Passengers- All have been checked out at the hospital.

Liability: PC was turning into the Dollar Store and the DEF ran the stop sign, darting [...] swerve to try and get out of the way, but the DEF still hit the back side of the PC's ve[...]

| PC First Name | PC Middle Name | PC Last |
|---|---|---|
| Tasha | | Downin[...] |

| PC Phone # | PC Email |
|---|---|
| 816-518-8179 | tashadowning779@gmail.com |

| PC Street Address | PC City |
|---|---|
| 11836 N. Bellefontain Ave | Kansas City |

| Case Type | Is this a Case? | Accident Stat[...] |
|---|---|---|
| Motor Vehicle Accident ∨ | Yes  Potential  No | MO |

**Upload File(s)**

Choose File  No file chosen          Choose File  No file chosen

Image Caption          Image Caption

Add File Upload

No Images attached.

### Notes

| Time | Type | User | Note |
|---|---|---|---|
| 06/23/20 04:16 PM | General Case Note | Rebbecca - | SCb in an hour her phone is dying and did not want it to die while talking |
| 06/15/20 01:54 PM | General Case Note | Rebbecca - | Live transferred to the attorneys office |
| 06/11/20 01:27 PM | General Case Note | Rebbecca - | Follow up call to PC. no answer  no vm |
| 06/11/20 10:02 AM | General Case Note | Brooke - | Called PC per SCB to transfer to attorney. PC hung up |
| 06/10/20 02:22 PM | General Case Note | Rebbecca - | PC has been busy moving. she has not heard from the attorneys office scheduled a call with her tomorrow at 10am to live transfer |
| 06/10/20 11:20 AM | General Case Note | Rachel Schmitt | Please disengage this client |
| 06/08/20 02:03 PM | General Case Note | Rebbecca - | Follow up call to PC. no answer  no vm |
| 06/05/20 04:02 PM | General Case Note | Rebbecca - | Follow up call to PC. no answer  no vm |
| 06/05/20 12:55 PM | General Case Note | Alyssa - | Called PC to follow up/ if she signed retainer paperwork no answer NVM |
| 06/03/20 07:47 PM | General Case Note | Rebbecca - | Follow up call to PC. no answer  no vm |
| 06/03/20 02:15 PM | General Case Note | Rebbecca - | Sent follow up text |
| 06/02/20 11:13 AM | General Case Note | Rebbecca - | PC is doing good thinks she may have missed a call. but is going to give them a call back. Also got some more info from the video to give to them |
| 06/01/20 11:10 AM | Emailed Only | Michael J | Passenger  Tasha Downing OBO Remi Downing |
| 06/01/20 11:10 AM | Emailed Only | Michael J | Passenger  Tasha Downing OBO Zyler Downing |
| 06/01/20 11:10 AM | Emailed Only | Michael J | Passenger  Tasha Downing OBO Leilani Purinton |
| 06/01/20 11:10 AM | Emailed Only | Michael J | Email sent  TASHA DOWNING MOTOR VEHICLE ACCIDENT EMAILED ONLY MO - The PC is aware you will call |

Note Type:

- Select - ∨

*Tasha Downing*
*Leilani Purinton*
*Remi Downing    Zyler Downing*

## Accident Intake Forms

# Case

**Intake Date/Time**

05/18/2020 04 57 PM

## Case Summary

DOI: May 14th, 2020

Injury: Back pain and has not sought any treatment yet. He is needing to be seen b[...]

Liability: PC was traveling straight on 169 and the DEF turned left on to I-29 South [...] came to the scene and made a report. Police Report #: 0000942340. The PCs were [...]

Insurance

| PC First Name | PC Middle Name | PC Las[...] |
|---|---|---|
| Eyob | | Okub[...] |

| PC Phone # | PC Email |
|---|---|
| 616-387-3367 | eyobckuday.2@gmail.com |

| PC Street Address | PC City |
|---|---|
| 1705 North 36th Street, Apt 8 | Saint Joseph |

| Case Type | Is this a Case? | Accident Sta[...] |
|---|---|---|
| Motor Vehicle Accident | Yes  Potential  No | MO |

### Upload File(s)

| Choose File No file chosen | Choose File No file chosen |
|---|---|
| Image Caption | Image Caption |

Add File Upload

No images attached.

**Attorney**

## Notes

| Time | Type | User | Note |
|---|---|---|---|
| 05/29/20 01 35 PM | General Case Note | Michael J | Remarked Retained per Lauren |
| 05/29/20 01 35 PM | Attorney Retained | Michael J | null |
| 05/26/20 01 18 PM | General Case Note | Rebbecca - | Follow up call to PC he went to therapy today and goes back on Friday. He was unable to go back to work today as planned cause he drives out of state. Emailing attorneys to verify |
| 05/25/20 05 31 PM | General Case Note | Tiahna - | Followed up with the PC and he feels better and he is trying to go back to work tomorrow |
| 05/21/20 05 03 PM | General Case Note | Rachel Schmitt | This is not a commercial case per police report. Please reduce fee to non commercial |
| 05/21/20 04 59 PM | Pending Disengagement | Rachel Schmitt | No injuries. Client not injured. not planning on treating. Also not a commercial case per PR |
| 05/21/20 04 55 PM | Attorney Disengaged | Rachel Schmitt | Passenger. Tesfay Awalom - No injuries. Client not going to treat. please disengage |
| 05/21/20 04 54 PM | Attorney Retained | Rachel Schmitt | Passenger. Huluf Woldeyohannes |
| 05/21/20 03 26 PM | Returning Call Note | Rebbecca - | He returned the follow up call. he was in with the doctor. Has another appointment tomorrow |
| 05/21/20 03 16 PM | General Case Note | Rebbecca - | Follow up call to PC. no answer no voicemail setup |
| 05/20/20 04 32 PM | General Case Note | Rebbecca - | Sent text. |
| 05/19/20 03 44 PM | General Case Note | Reagan - | Sent Email for PC |
| 05/19/20 03 42 PM | General Case Note | Reagan - | PC called still needing treatment arranged |
| 05/19/20 01 00 PM | General Case Note | Reagan - | LT PC to rachel for an update on his next steps |
| 05/18/20 05 57 PM | Attorney Retained | Michael J | null |
| 05/18/20 05 57 PM | Esigned | Michael J | Email sent. EYOB OKUBAY COMMERCIAL MVA ESIGNED MO - The PCs are signed and aware you will call |
| 05/18/20 05 56 PM | Attorney Retained | Michael J | Passenger. Tesfay Awalom |



Tesfay Awalom

## Case

**Intake Date/Time**

04/29/2020 07:22 AM

**Case Summary**

DOI: 04/22/2020

Injuries: PC had internal bleeding which caused her to miscarriage. Bruises under he[r] drivers side. After airbags deployed cause bleeding on chin. Wounds was left open w[...] Rays taken. PC's prescription for meds was lost accidentally before filling/Doctor refu[...] believes between middle finger and pinky finger she has nerve damage. Nurse "popp[...] arms. PC has images of the popped blood vessels. PC states IUD's were administere[...] Chin and arm were "patched" by doctor. PC is still seeking treatment due to still deal[...]

| PC First Name | PC Middle Name | PC Last |
|---|---|---|
| Jayda | | Burke[...] |

| PC Phone # | PC Email |
|---|---|
| 314-335-0542 | jaydabb23@gmail.com |

| PC Street Address | PC City |
|---|---|
| 4655 Farlin Ave. | St. Louis |

| Case Type | Is this a Case? | Accident Stat[...] |
|---|---|---|
| Commercial MVA ⌄ | Yes  Potential  No | MO |

**Upload File(s)**

Choose File  No file chosen

Image Caption

Choose File  No file chosen

Image Caption

Add File Upload

No images attached.

### Notes

| Time | Type | User | Note |
|---|---|---|---|
| 07/03/20 09:38 AM | General Case Note | Rachel Schmitt | please refund charge. per may note 05/15/2020 our client was found at fault. still shows charge on Google sheets |
| 06/09/20 07:58 PM | General Case Note | Rachel Schmitt | please refund charge. per may note 05/15/2020 our client was found at fault. still shows charge on Google sheets |
| 05/15/20 06:26 PM | General Case Note | Rachel Schmitt | Please disengage. Client was at fault. I emailed earlier in the week. please refund |
| 05/13/20 09:23 AM | Attorney Retained | Michael J | null |
| 05/09/20 08:14 PM | Emailed Only | Dee - | Passenger: Kyshon Brown |
| 05/09/20 08:14 PM | Esigned | Dee - | Email sent: JAYDA BURKETT COMMERCIAL MVA ESIGNED MO - PC is signed and aware of your call. Thank you |
| 05/09/20 05:33 PM | Esign sent | Michael Ward | Esign texted to Jayda Burkett at 3143350842 message: Please sign our form for Jayda Burkett located here: https://accidentintakeforms.com/contract.aspx?case=34f8d7f3-483c-40eb-a322-1423801e5f59 |
| 05/09/20 05:30 PM | Esign sent | Michael Ward | Esign texted to Jayda Burkett at 314 585 3500 message: Please sign our form for Jayda Burkett located here: https://accidentintakeforms.com/contract.aspx?case=34f8d7f3-483c-40eb-a322-1423801e5f59 |
| 05/09/20 05:27 PM | Esign sent | Michael Ward | Esign texted to Jayda x Burkett at 314 585 3500 message: Please sign our form for Jayda x Burkett located here: https://accidentintakeforms.com/contract.aspx?case=34f8d7f3-483c-40eb-a322-1423801e5f59 |
| 05/09/20 09:17 AM | General Case Note | Tiahna - | Called PC. LVM. sent text |
| 05/08/20 06:18 PM | General Case Note | Brianna - | called pc and left a voicemail |
| 05/08/20 07:28 AM | General Case Note | Alyssa - | Called PC to finish intake no answer NVM Texted |



*Kyshon. Brown* (handwritten)