UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERB LEGAL INVESTMENTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 4:20-CV-1255 |
| QUINTESSA LLC | ) | |
| | ) | Division No. |
| AND | ) | |
| | ) | |
| LAUREN MINGEE (AKA "LAUREN | ) | |
| MCNEILL", AKA "LAUREN VON"), | ) | |
| | ) | |
| Defendant. | | |

## NOTCE OF FILING: EXHIBIT 7

**COMES NOW** Plaintiff, ERB LEGAL INVESTMENTS LLC (hereinafter "ERB"), by and through attorney E. Ryan Bradley of The Bradley Law Firm and for its Motion for Summary Judgment as to Count I for breach of contract filed by Quintessa against ERB states as follows to this Court:

**EXHIBIT 7** to Plaintiff's Statement of Uncontroverted Material Facts is an audio file on a thumb drive that was mailed to the chief administrative officer of the United States District Court for the Eastern District of Missouri along with a copy of this filing.

Respectfully submitted,

/s/ E. Ryan Bradley

By: _____

E. Ryan Bradley, #53777 MO

The Bradley Law Firm
Attorney for Plaintiff
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2765 (fax)
Ryan@thebradleylawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 31, 2022, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the **Missouri Courts E-Filing System** which was sent notification of such filing to all counsel of record.  I further certify that I signed, or caused my electronic signature to be place upon the original of the foregoing documents and that a copy of the foregoing was sent via the Court's efiling system to.

James Wyrsch
Khazaeli Wyrsch
Attorney For: Quintessa Marketing, LLC
911 Washington Ave
Suite 211
St. Louis, MO  63101
Phone: (314) 288-0777
Fax: (314) 400-7701
Email Address: james.wyrsch@kwlawstl.com