

# PohlmanUSA®
## Court Reporting and Litigation Services

---

Audio Transcription

August 17, 2022

---

Erb Legal Investments LLC

vs.

Quintessa LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION


ERB LEGAL INVESTMENTS LLC,      §
     Plaintiff,                §
                          §
V.                              § CAUSE NUMBER 4:20-CV-1255
                          §
QUINTESSA LLC,                  §
     Defendant.                §


*********************************************************
VOLUME 1 OF 1
TRANSCRIPTION OF
RECORDED TELEPHONE CONVERSATION BETWEEN
RYAN BRADLEY, LEO MINGEE AND LAUREN MINGEE
REGARDING DISENGAGEMENT OF CLIENTS - 9048-26516

*********************************************************


TRANSCRIPTION by a Certified Court Reporter of the

recorded telephone conversation between Ryan Bradley,

Leo Mingee and Lauren Mingee regarding disengagement of

clients - 9048-26516.

```
 1                    P R O C E E D I N G S

 2                    (Beginning of audio)

 3                    LEO MINGEE:  Hi.  Hey, this is Leo.  Good

 4    morning.

 5                    RYAN BRADLEY:  Hi, how are you guys?

 6                    LAUREN MINGEE:  Good.  How are you?

 7                    RYAN BRADLEY:  Oh, working away.

 8                    LAUREN MINGEE:  All the fun stuff, huh?

 9                    RYAN BRADLEY:  Yes.  That's right.  So I

10    wanted to talk to you guys about this.  I don't know if

11    you guys just want to throw in the towel or try to work

12    through this.  I mean, I'm willing to try to get on the

13    same page again; but if you guys are done with it,

14    that's -- that's fine, just let me know.

15                    LAUREN MINGEE:  Well, I mean, hold on a

16    second.  Let me pull up your -- your billing really

17    fast.  My computer, of course, is acting like it's

18    Monday and doesn't want to work.  I'll see --

19                    RYAN BRADLEY:  Let me see if I can pull

20    up the Excel sheet that you guys -- or the Google docs.

21    Yeah.  I don't necessarily have a problem with, like,

22    what's on the Google sheet.  I'll tell you the two

23    sources.  And I think that Leo and I talked about it,

24    but we're still maybe not on the same page; and I think

25    I know why.  When we started doing this, when we talked
```

1    about it, we -- we talked about, okay, you guys were

2    going to screen and qualify and send over signed cases,

3    but the agreement for, you know, technical purposes or

4    legality purposes, couldn't be termed in terms of you

5    guys selling cases.  It had to be more of leads.  And --

6    and what we talked about is not necessarily what we

7    signed off on.

8                    So it was my understanding that

9    irrespective of what we agreed to on paper, that you

10   guys would be qualifying with no -- you know, there's

11   got to be insurance and they've got to be treated within

12   14 days and it was a, you know, property damage over

13   1500.  And then you guys sign them up once you qualify

14   them and then send over.  So that's the understanding

15   that I had.  But -- and that has happened, but there are

16   a lot of instances where we are having to qualify them

17   and then we're kind of freaking out because we don't

18   have the ability to qualify them within 144 hours.

19   That's -- that's the issue that Leo and I talked about.

20   It's still an issue.  And we're not on the same page on

21   that.

22                    The second thing is -- and I think that

23   this was resolved, but -- in terms of a commercial case

24   and what was actually a commercial case versus a

25   noncommercial case, but I think that that was resolved,

1    according to at least the Google sheet.  Kim Ratliff is

2    a semi, so that does qualify.  The other one was some

3    random guy with a lawn mower in the back or something

4    like that, and it was not a commercial case.  And

5    another one was a car rental company may have provided

6    insurance to a driver, and that's certainly not a

7    commercial case either.

8                    So, in any event, it looks like that

9    maybe the commercial thing has been cleared up.  So

10   that's really the issues that we've got.

11                   LAUREN MINGEE:  So --  Okay.  So let me,

12   I guess, preface on the insurance side.  If -- if there

13   is a case where it -- say the accident happened.  Right?

14   They do not know the insurance.  They -- they do not

15   know that there is no insurance.  Right?  But the

16   accident just happened.  They are hit by a newer

17   vehicle.  And this is what we do in every state.  I

18   mean, not just in Missouri.  This is with everything.

19   You know, we will, you know, sign that case up even if

20   the client does not have UM.  And the reason why is, you

21   know, one, we're not allowing the client to shop, but --

22                   RYAN BRADLEY:  Right.

23                   LAUREN MINGEE:  So we also tell the

24   client, Hey, listen, if you do not know, or let's say

25   the client was taken by ambulance and they don't have

1    insurance, you know, and they have no idea what they

2    were hit by, but there's --

3                    RYAN BRADLEY:  Yeah.

4                    LAUREN MINGEE:  -- still enough injuries,

5    we tell them, Hey, listen, it -- it can take one to two

6    weeks or whatever to get the police report.  And

7    especially with COVID, we don't know how long things are

8    taking.

9                    RYAN BRADLEY:  Yes.

10                   LAUREN MINGEE:  So you have to be able to

11   give the attorney the reins in that period.

12                   RYAN BRADLEY:  Yep.

13                   LAUREN MINGEE:  I think --  So that's one

14   thing of what we preface with the client.  Now, with

15   insurance and as far as keeping extensions, if there is

16   no UM but we feel like, you know, there is a

17   possibility, so one where the brother was driving the

18   sister's car, he doesn't have insurance, but it's a 2018

19   Kia, well, unless he's excluded, there hopefully should

20   be coverage there.  And if we need to extend that window

21   for insurance and for verification, that's not a

22   problem.

23                   RYAN BRADLEY:  Okay.

24                   LAUREN MINGEE:  So there is a level of

25   qualifying on your end because someone could give us all

```
 1    the information and could give us the wrong insurance,
 2    and you're still going to have to qualify it.  The goal
 3    is for us to get it signed, on your retainer, and then
 4    for you to be able to vet it.  Now, if all the stars
 5    align right, of course we want it done in seven days;
 6    but if an accident just happened or they have to --
 7                      RYAN BRADLEY:  Yeah.
 8                      LAUREN MINGEE:  -- you know, wait for the
 9    police report, we do extend that.
10                      RYAN BRADLEY:  Yeah.
11                      LAUREN MINGEE:  And that's not an issue.
12                      RYAN BRADLEY:  And I completely get it.
13    And I think it's a -- it's an astute observation.  And I
14    think it's a great practice to try to get them signed up
15    immediately so they don't shop.  So I agree with that.
16                      It's just that what I think might make me
17    more comfortable is this.  Why don't I change my
18    contingency fee agreement to put in there, you know,
19    basically, you know, if there's no insurance, then we're
20    going to be turning down your case and you're going to
21    give us the time to do that.  Because what inevitably
22    happens, these people think that you're -- you know,
23    they treat you like a damn slave.  And they feel like
24    that you should be working on their case even if there's
25    not insurance.  And when we disengage them, inevitably
```

1    they're pissed and they even leave a negative Google

2    review and it's just a pain.

3                 So why don't we do this?  Why don't I

4    tweak a little language.  I'll send you a different

5    contract to use.  Okay?  You send me something like an

6    e-mail that basically says if we find one of -- that we

7    will agree that we will diligently try to qualify any

8    case that you guys can't qualify, but that you've got to

9    understand that, you know, it could take, I don't know,

10   two to three weeks to definitively find out if there's

11   insurance or not.

12                I've had cases where I didn't

13   definitively know if there was insurance for months.  I

14   mean, we were able to pick UM coverage because they had

15   a household resident who had --

16                LAUREN MINGEE:  Right.

17                RYAN BRADLEY:  -- insurance even though

18   they're not even in that car, or they get hit by a car

19   with no insurance and they're a pedestrian and we find

20   out that they live with mom who has three vehicles all

21   insured and, therefore, they meet the definition of an

22   uninsured motorist under the household.  And, believe

23   me, that -- that doesn't happen in two weeks.  That

24   happens in a month or two, you know.  It's just --

25   That's just the way it works.  So if we can come to an

1    understanding on that, then I think we're okay.

2                     LAUREN MINGEE:  So I think, you know,

3    with all of our people -- what is it -- you know, our

4    guys in Texas and California, how long do we extend for

5    insurance?

6                     LEO MINGEE:  I don't think it's months.

7    I mean --

8                     LAUREN MINGEE:  No.  I mean --

9                     LEO MINGEE:  We'll -- we'll give like --

10   And it's not like, Hey, this is a blanket, you're going

11   to have an extra, you know, 14 days on top of the seven

12   to verify insurance on every single one.  It's like,

13   Hey, you know, this one is potentially a great case, but

14   I really -- like we want this one to work, but here's

15   what we have -- here's what will have to pan out.  And

16   so if it's a reasonable point and it's like, okay, well,

17   yeah, I mean, that makes sense.

18                     RYAN BRADLEY:  Okay.

19                     LAUREN MINGEE:  Well -- and if she was

20   asked the -- the ones who are waiting on insurance

21   verification, like the ones that have -- you know, what

22   are they doing?

23                     RYAN BRADLEY:  Yeah.

24                     LAUREN MINGEE:  Because the problem is,

25   let's say while you're waiting for insurance, they

1    disengage you.  Right?  Like they're like, well, never

2    mind.  Right?  And then it ends up that there is

3    insurance, but they're set up with treatment --

4                    RYAN BRADLEY:  Right.

5                    LAUREN MINGEE:  -- so before we are,

6    like, in an agreement on that, I want to ask my guys

7    that are -- like what their best practices are.  Because

8    like, for instance, in California right now, where we're

9    doing like 200 cases a month, LAPD is backed up three

10   months on police reports.  Well, they're not going to

11   wait, you know, three months to treat them or to find

12   out about insurance.  Right?  So I'm going to ask them,

13   like, what are -- what are they doing?  And the same

14   with our guys in Texas.  Obviously, Missouri's a

15   different state.  We understand that.  But just for them

16   to understand, because we do give extensions on

17   insurance.

18                   RYAN BRADLEY:  Yeah.

19                   LAUREN MINGEE:  But also (audio

20   distortion) to a point.  And what are they doing with

21   the client in the meantime.

22                   RYAN BRADLEY:  Yeah.

23                   LAUREN MINGEE:  Are they getting treated,

24   like, through their own health insurance or what if they

25   don't have health insurance?  Like what are you

1    prefacing, what are you explaining to the client?

2              RYAN BRADLEY:  Yeah.  And that puts us in

3    a weird position because we've got a tight network of

4    doctors that we refer to.  And if we send somebody over

5    with no health insurance and they start treating, which

6    ideally we'll want them to do, if it turns out that

7    there's no insurance, then these doctors get pissed off.

8              LAUREN MINGEE:  Yeah.  Yeah.  And I --

9    and I totally and completely understand that.  But I

10   guess, you know, the question is -- with that is it

11   the -- you know, the volume that -- that makes it better

12   or what do they preface with their guys.  So I have a

13   call with both my California and my Texas guy, because

14   they're taking in well over 200 cases.  And so to ask

15   them kind of what they do, because they're already at 50

16   grand a month.  So like, hey, what did you do in

17   preface.  Because, I mean, if it works for one person or

18   if they have something that they've done or is it

19   something that we need to refine on our end --

20             RYAN BRADLEY:  Yeah.

21             LAUREN MINGEE:  -- you know, definitely.

22   I'm not going to fight --  You know, it's not that we

23   want to fight on stuff like that.  It's that, you know,

24   it just has to be reasonable and equitable for -- for

25   both people.

1                    RYAN BRADLEY:  Yes.  And -- and that's

2    what I want.  And --  Yeah.

3                    LEO MINGEE:  Yeah.  And so a couple of

4    things.  So, like, Missouri's actually pretty -- I mean,

5    it's not like we're -- we've been in Missouri a long

6    time, or like we've done a whole lot of stuff there.

7    And so, like -- like, for instance, Texas, California,

8    there's certain things that we've just become educated

9    about.  So, like, for instance, in Texas, there's a

10   specific insurance company, ACCC, and we know that,

11   like, any time that there's a driver, it's like, hey, my

12   boyfriend was driving the car, it's like, yeah, or their

13   boyfriend was driving the car and -- so we understand

14   like -- because through education and experience that,

15   like, ACC is a super --

16                   LAUREN MINGEE:  Uninsured motorist.

17                   LEO MINGEE:  You have to be a named

18   driver.

19                   LAUREN MINGEE:  Right.

20                   LEO MINGEE:  And so, I mean, like as we

21   learn more and more about, like, the intricacies of

22   Missouri, we're going to be able to qualify based on

23   those things and know beforehand that, you know,

24   we're -- like, yeah, if this is dropped or it's

25   (indiscernible) fight, we're -- we're kind of expecting

1  it, but it does require some research to find out.

2            RYAN BRADLEY:  Okay.  You know, I guess I

3  just get a little worried because, like, these numbers,

4  you know, 2,000 and 4200, you know, I -- I'm expecting

5  that every single one of these cases at that price is

6  going to materialize into a case that we can --

7            LAUREN MINGEE:  Yeah.

8            RYAN BRADLEY:  -- that we can run with.

9  Because if it starts dwindling from there and it's only,

10  you know, 60 percent of them turn into cases, then my

11  margins get real tight.  And it's like, well, shit, you

12  know.

13            LAUREN MINGEE:  Yeah.

14            RYAN BRADLEY:  I don't know if it's worth

15  it.

16            LAUREN MINGEE:  Yeah.  No.  And

17  completely.  And I think, you know, what you'll see is

18  that --  And the hope is like, okay, in seven days, all

19  right, it is -- you know, if there is verified

20  insurance, then, you know, they are willing to treat and

21  you were setting them up with treatment, then it's a

22  case and they stick with you.  Now, if a case drops out

23  down the road for something else, right, obviously we

24  can't control that.

25            RYAN BRADLEY:  Understood.  Understood.

```
 1   And I get that.
 2                LAUREN MINGEE:  And so our -- but our
 3   goal is -- with these cases is not -- not to just sign
 4   you shit cases.  Like we don't want you to just sit
 5   there and just sign up junk; but like on this one, for
 6   instance, just like you said, the one that was signed
 7   this morning, like, okay, well, if the girlfriend's at
 8   fault or she received a ticket, well, if the ticket was
 9   for no insurance, well, that's fine, you know, because
10   you can still go after the defendant, but if she was
11   cited 100 percent at fault, then you can't go after the
12   defendant.
13                RYAN BRADLEY:  Right.
14                LAUREN MINGEE:  Right.  And we --
15                RYAN BRADLEY:  Exactly.
16                LAUREN MINGEE:  You know, and we
17   understand that.  So if you come back and say, hey,
18   yeah, this is a fantastic (indiscernible) and he, you
19   know, had a broken hand, but it ends up like the
20   girlfriend was 80 percent at fault, like we can't really
21   go after, you know, the defendant or -- on anything, you
22   know, then we -- we get that --
23                RYAN BRADLEY:  Yeah.
24                LAUREN MINGEE:  -- and understand that
25   and move on.  But also what we do and what we kind of
```

1  explain to the clients too whenever they disengage is,

2  you know, we have a saying, we disengage with grace.  So

3  if it's disengaged right away, like we signed it and

4  then two seconds later the attorney's like no.  Right?

5  But if they take 24 hours or something and then we're

6  even able talk with them, Hey, listen, we uncovered

7  every stone, it ends up being that, you know, your

8  girlfriend was actually cited at fault because she had

9  no insurance, like, I'm so sorry, there's just nothing

10  we can do.

11           RYAN BRADLEY:  Yeah.

12           LAUREN MINGEE:  But there is the State

13  Bar, you know, if you want to call them and see if maybe

14  you can do something to go after her civilly; but

15  unfortunately, like, we cannot help you, but I'm so

16  sorry.  We looked through everything we can.

17           RYAN BRADLEY:  Yeah.

18           LAUREN MINGEE:  And it will prevent the

19  bad review.

20           RYAN BRADLEY:  Yeah.

21           LAUREN MINGEE:  You know, and we can

22  insist on -- on that as well.

23           RYAN BRADLEY:  Yeah.

24           LAUREN MINGEE:  You know, we're looking

25  at --

```
 1                    RYAN BRADLEY:  All right.  So I'm -- I'm
 2   going to tweak my contract a little bit and I'll send it
 3   to you:
 4                    LAUREN MINGEE:  Okay.
 5                    RYAN BRADLEY:  If we're going to move
 6   into Illinois, I'll send you a separate Illinois one as
 7   well.  What about Illinois?  Are you guys ready to try
 8   to tackle that or no?
 9                    LAUREN MINGEE:  Yeah.  Illinois is -- you
10   know, we've done it a lot before, so that's not an
11   issue.  I just have to target --  And I know you told
12   me, Ryan, but I just need to know what cities or from
13   what city down so that I can start that.
14                    RYAN BRADLEY:  Well, I would say the mid
15   to lower por -- southern portion of Illinois.  You know,
16   I've got a guy in Chicago.  I mean, have you done
17   Chicago before?
18                    LAUREN MINGEE:  Oh, yeah.
19                    RYAN BRADLEY:  And did it work well?
20                    LAUREN MINGEE:  Yeah, yeah.  I mean, we
21   were doing over a hundred cases a month in Chicago.
22                    RYAN BRADLEY:  No shit?
23                    LAUREN MINGEE:  Yeah, no shit.  So we
24   were doing, you know --  I mean, so my -- my play and
25   really how it is is until a market is really pushing,
```

1  but like I did advertising for Goldberg, Weisman &

2  Cairo.  I helped with their commercials for a long time.

3  So I'm very familiar with Chicago --

4              RYAN BRADLEY:  Yeah.

5              LAUREN MINGEE:  -- and with all of that.

6  So it's just not a --  What's funny is they didn't want

7  the ones that were down south.  So now this is kind of

8  different because if we were able to really market the

9  entire state, then it would give us a lot of leverage.

10             RYAN BRADLEY:  Yeah.

11             LAUREN MINGEE:  Then you have -- then you

12  also have the outliers.  And if you have the access to

13  treatment centers in those areas, then it makes it kind

14  of a win win.

15             RYAN BRADLEY:  Yeah.  Well, let's start

16  with the cities that are closer to St. Louis.

17             LAUREN MINGEE:  Yeah.

18             RYAN BRADLEY:  Like Springfield and

19  whatnot.  And we can move up to Peoria and then, you

20  know --  I mean, I tried to tackle Chicago once.  And we

21  did make some money in Chicago.  And I've got a guy

22  there, boots on the ground, that can show up as local

23  counsel for me.  But we would end up probably trying to

24  settle most of them or, you know, refer most of them out

25  that couldn't be settled for litigation --

```
 1                     LAUREN MINGEE:  Right.
 2                     RYAN BRADLEY:  -- unless it was
 3    catastrophic.
 4                     LAUREN MINGEE:  Yeah, yeah, completely.
 5    And we --  You know, I don't know what our --  Do you
 6    know what the main insurance is in --
 7                     RYAN BRADLEY:  The problem in -- the
 8    problem in Chicago is -- or in Illinois in general,
 9    they've got -- and especially Chicago, is that there are
10    a lot of these shit subprime insurance companies called
11    like First Acceptance Insurance Company or whatever.
12    And there's a thousand of them.  And they are
13    notoriously terrible to deal with.  They make you try
14    every case.  And --
15                     LAUREN MINGEE:  Yeah.
16                     RYAN BRADLEY:  And it's hard to --  Like
17    on a $3,000 medical bill case or something like that,
18    they'll offer you $2,000 and that's it.  And then how do
19    you justify going and trying that case?
20                     LAUREN MINGEE:  Right.
21                     RYAN BRADLEY:  You can't.  And they know
22    that.
23                     LAUREN MINGEE:  Yeah.  And -- and that --
24    I mean, do you see that the -- like for a soft tissue,
25    do you see them -- the chiropractors build it up?  I
```

1   mean, because I -- I just feel like 3,000 is just low

2   meds.  Is that on something with more than, like, 1500

3   bucks in property damage?  Like, are they --

4            RYAN BRADLEY:  They're terrible.  I mean,

5   literally, you could have -- I've had $10,000 bill cases

6   and then they offer $7,000.  That's it, take it or leave

7   it.  Screw off.

8            LAUREN MINGEE:  Yeah.

9            RYAN BRADLEY:  And -- and we -- we just

10   have one right now that the statute's getting ready to

11   run in Illinois, because it's only two years, and I'm

12   like I am not filing this in Cook County.  There is no

13   way.  Refer it out.

14            LAUREN MINGEE:  Right.  Well -- and who

15   do you use as your trial attorney there in Illinois?

16            RYAN BRADLEY:  Aaron Bryant in Chicago.

17   He's just a solo practitioner.  And he, you know -- he

18   does a lot for us.

19            LAUREN MINGEE:  Yeah.

20            RYAN BRADLEY:  But, you know, I'm always

21   kind of conflicted, do I try to monetize these shitty

22   cases and that way I'm --

23            LAUREN MINGEE:  Right.

24            RYAN BRADLEY:  -- at least trying to, you

25   know, hedge a little bit or do I just simply refer them

1  out and be done with it?  And I think, honestly, if I

2  can get a third referral fee, that's the better play.

3              LAUREN MINGEE:  Yeah.

4              RYAN BRADLEY:  I don't want the -- I

5  don't want the headache.

6              LAUREN MINGEE:  It's actually, yeah, like

7  you said, but I don't know.  I mean, maybe it's -- it's

8  a higher referral fee.  What does he --  I mean, what do

9  you think he ends up when he takes it to trial, like how

10  much more normally is he getting on the case?

11              RYAN BRADLEY:  I don't know that he's

12  ever even tried a case.  That's --  I don't know.

13              LAUREN MINGEE:  You know, I wonder who --

14  I wonder who we -- were the guys that we used and if

15  they would do a referral fee for the trial on stuff.

16  We --  I mean, we have some -- if you -- I mean, if you

17  want me to, I can; and if not, it's not a big deal.  But

18  we have some attorneys that we work with that are trial

19  attorneys in Illinois and we could ask them like what

20  their referral fees are and -- and --

21              RYAN BRADLEY:  Yeah.

22              LAUREN MINGEE:  And if you're interested

23  in talking to them, you're more than welcome to.  But

24  they --

25              RYAN BRADLEY:  How come you're not

1   operating in Chicago anymore?

2              LAUREN MINGEE:  Well, so I operated with

3   Glen Lerner.

4              RYAN BRADLEY:  Yeah.

5              LAUREN MINGEE:  And so Glen is now like

6   retired.  And, you know, he's got a big ass --

7              RYAN BRADLEY:  The heavy hitter put down

8   his bat?

9              LAUREN MINGEE:  And he --  Well, no,

10  he -- he still, I think, has the crazy commercials and

11  all that stuff.  Right?  But really and honestly, he's

12  just really deferring to his other people.  And Illinois

13  is just so big there that it's -- he gets a ton of cases

14  and, you know, he wanted a lower price and I just didn't

15  really want to do it.  We worked with him in his other

16  state, but it's like Illinois and Arizona for him, you

17  know.  They still get cases for probably 500 bucks a

18  case from TV, because they -- they're just so big there.

19             RYAN BRADLEY:  Gotcha.

20             LAUREN MINGEE:  So yeah.  So we still do

21  their advertising for them in Tennessee.

22             RYAN BRADLEY:  Are you buying TV media?

23             LAUREN MINGEE:  Yeah.

24             RYAN BRADLEY:  No shit.

25             LAUREN MINGEE:  We're still doing all

1   that.

2                    RYAN BRADLEY:  So are you --  Is that all

3   you do then is TV?

4                    LAUREN MINGEE:  No.  So I do every form

5   of advertising pretty much out there.  I mean, we don't

6   really do a ton of radio, but a lot of our stuff is

7   internet based, but we still have TV, we do social

8   media.  You know, we do a little bit of everything.

9                    RYAN BRADLEY:  Okay.

10                   LAUREN MINGEE:  And the reason really why

11  is that, you know, these guys who were doing just Google

12  Paperclip and who had no cases last month, you know,

13  they were banging down our door because they put all

14  their eggs in one basket.  So we try to really mitigate

15  and spread risks and look at every different --

16                   RYAN BRADLEY:  Yeah.

17                   LAUREN MINGEE:  -- media form possible.

18                   RYAN BRADLEY:  Yeah.  PBC has gotten

19  absolutely out of control, expensive too.

20                   LAUREN MINGEE:  It is.  And it keeps

21  growing.  And you've got new people who will come in and

22  just, you know, try to raise the price.  And then we

23  have to push them out and then do it again.  But that's

24  also why our product is great because then you don't

25  have to worry about the cases -- you know, the price

1    going up and down.  We just kind of, you know, mitigate
2    that for you.
3                  RYAN BRADLEY:  Yeah.  Okay.  All right.
4    Well, listen, I apologize for the hiccup.  I've got some
5    neurotic people that work for me.  And, admittedly,
6    sometimes I'm neurotic too.  I just want to make sure
7    that we're, you know, on the same page.  I feel like we
8    are more than we ever have been now.  So let's try to
9    give it another shot.  And, you know, I think it will be
10   fine.
11                 LAUREN MINGEE:  Okay.  All right, Ryan.
12   Well, I appreciate your time.  I'm going to talk with --
13   I'll talk with them, and I'll let you know as well
14   when -- whenever we find out from them as well.
15                 RYAN BRADLEY:  Okay.  And then you're
16   just going to let me know about Illinois then?
17                 LAUREN MINGEE:  Yes, I will let you know
18   about --
19                 RYAN BRADLEY:  I mean, I'll start taking
20   Illinois today.  It's just that I don't want to get too
21   far out.  If -- if it's more than a hundred -- a hundred
22   miles or so, then it gets a little --
23                 LAUREN MINGEE:  Right.  So -- so tell
24   me -- if you can literally send me an e-mail and
25   literally draw a map and just say from here down, then

1    that's all I need to know.  And we can target that way.

2                    RYAN BRADLEY:  Okay.  Let me talk to my

3    people and then I'll let you know.

4                    LAUREN MINGEE:  Okay.  Sounds good.

5    Thanks, Ryan.

6                    RYAN BRADLEY:  And -- and the volume, you

7    don't know in terms of statewide Illinois what you would

8    have outside of Chicago, but Chicago you think you could

9    do a hundred a month?

10                   LAUREN MINGEE:  Yeah.  I mean, so we were

11   doing the whole state, but obviously I'd say 75 percent

12   of the cases were coming from Chicago and within a

13   hundred miles.

14                   RYAN BRADLEY:  Okay.

15                   LAUREN MINGEE:  You know, that's where

16   stuff was coming from before, so --

17                   RYAN BRADLEY:  And you've got me the

18   entire state of Missouri right now.  Correct?

19                   LAUREN MINGEE:  Correct.  Yeah.

20                   RYAN BRADLEY:  Okay.

21                   LAUREN MINGEE:  But also this is just too

22   in the infancy stage because it just started.  So as

23   time goes on, you'll see the volume keep increasing more

24   and more and more.  It just has to develop.

25                   RYAN BRADLEY:  Gotcha.  All righty.

1                    LAUREN MINGEE:  All right.  Well, I'll

2    circle back with you later on, either this afternoon or

3    tomorrow morning.

4                    RYAN BRADLEY:  All right.  Thanks, guys.

5                    LAUREN MINGEE:  All right.  Thanks, Ryan.

6    Bye.

7                    RYAN BRADLEY:  Bye-bye.

8                         (End of audio)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1    THE STATE OF TEXAS )
                         )
 2    COUNTY OF TRAVIS   )

 3              I, the undersigned, Kathy Genung, do hereby

 4    certify that the matters set forth in the foregoing

 5    proceedings were transcribed as I have understood it as

 6    being recorded and were reduced to typewriting under my

 7    direction.

 8              I further certify that I am not counsel,

 9    attorney or relative of either party, or otherwise

10    interested in the event of this suit.

11              The cost for preparing the transcription of the

12    deposition is $_____.

13              GIVEN UNDER MY HAND AND SEAL OF OFFICE on this

14    the 27th day of August A.D., 2022.

15

16

17

18    _____
      KATHY GENUNG, RPR, Texas CSR 2080
19    EXPIRATION DATE:  06/30/2023
      PohlmanUSA
20    Firm Registration No. 814
      10 S. Broadway
21    St. Louis, Missouri  63102
      314.421.0099

22

23

24

25

**A**

A.D
25:14
Aaron
18:16
ability
3:18
able
5:10 6:4
  7:14 11:22
  14:6 16:8
absolutely
21:19
ACC
11:15
ACCC
11:10
Acceptance
17:11
access
16:12
accident
4:13,16 6:6
acting
2:17
admittedly
22:5
advertising
16:1 20:21
  21:5
afternoon
24:2
agree
6:15 7:7
agreed
3:9
agreement
3:3 6:18
  9:6
align
6:5
allowing
4:21
ambulance
4:25
anymore
20:1
apologize

22:4
appreciate
22:12
areas
16:13
Arizona
20:16
asked
8:20
ass
20:6
astute
6:13
attorney
5:11 18:15
  25:9
attorney's
14:4
attorneys
19:18,19
audio
2:2 9:19
  24:8
August
25:14

**B**

back
4:3 13:17
  24:2
backed
9:9
bad
14:19
banging
21:13
Bar
14:13
based
11:22 21:7
basically
6:19 7:6
basket
21:14
bat
20:8
Beginning
2:2
believe

7:22
best
9:7
better
10:11 19:2
big
19:17 20:6
  20:13,18
bill
17:17 18:5
billing
2:16
bit
15:2 18:25
  21:8
blanket
8:10
boots
16:22
boyfriend
11:12,13
Bradley
1:16,22 2:5
  2:7,9,19
  4:22 5:3,9
  5:12,23
  6:7,10,12
  7:17 8:18
  8:23 9:4
  9:18,22
  10:2,20
  11:1 12:2
  12:8,14,25
  13:13,15
  13:23
  14:11,17
  14:20,23
  15:1,5,14
  15:19,22
  16:4,10,15
  16:18 17:2
  17:7,16,21
  18:4,9,16
  18:20,24
  19:4,11,21
  19:25 20:4
  20:7,19,22
  20:24 21:2
  21:9,16,18

22:3,15,19
  23:2,6,14
  23:17,20
  23:25 24:4
  24:7
Broadway
25:20
broken
13:19
brother
5:17
Bryant
18:16
bucks
18:3 20:17
build
17:25
buying
20:22
Bye
24:6
Bye-bye
24:7

**C**

C
2:1
Cairo
16:2
California
8:4 9:8
  10:13 11:7
call
10:13 14:13
called
17:10
car
4:5 5:18
  7:18,18
  11:12,13
case
3:23,24,25
  4:4,7,13
  4:19 6:20
  6:24 7:8
  8:13 12:6
  12:22,22
  17:14,17
  17:19

19:10,12
20:18
cases
3:2,5 7:12
  9:9 10:14
  12:5,10
  13:3,4
  15:21 18:5
  18:22
  20:13,17
  21:12,25
  23:12
catastro...
17:3
CAUSE
1:6
centers
16:13
certain
11:8
certainly
4:6
Certified
1:21
certify
25:4,8
change
6:17
Chicago
15:16,17,21
  16:3,20,21
  17:8,9
  18:16 20:1
  23:8,8,12
chiropra...
17:25
circle
24:2
cited
13:11 14:8
cities
15:12 16:16
city
15:13
civilly
14:14
cleared
4:9
client

4:20,21,24
4:25 5:14
9:21 10:1
**clients**
1:16,24
  14:1
**closer**
16:16
**come**
7:25 13:17
  19:25
  21:21
**comfortable**
6:17
**coming**
23:12,16
**commercial**
3:23,24 4:4
  4:7,9
**commercials**
16:2 20:10
**companies**
17:10
**company**
4:5 11:10
  17:11
**completely**
6:12 10:9
  12:17 17:4
**computer**
2:17
**conflicted**
18:21
**contingency**
6:18
**contract**
7:5 15:2
**control**
12:24 21:19
**conversa...**
1:15,22
**Cook**
18:12
**Correct**
23:18,19
**cost**
25:11
**counsel**
16:23 25:8

**County**
18:12 25:2
**couple**
11:3
**course**
2:17 6:5
**Court**
1:1,21
**coverage**
5:20 7:14
**COVID**
5:7
**crazy**
20:10
**CSR**
25:18

**D**
**D**
2:1
**damage**
3:12 18:3
**damn**
6:23
**DATE**
25:19
**day**
25:14
**days**
3:12 6:5
  8:11 12:18
**deal**
17:13 19:17
**defendant**
1:8 13:10
  13:12,21
**deferring**
20:12
**definitely**
10:21
**definition**
7:21
**definiti...**
7:10,13
**deposition**
25:12
**develop**
23:24
**different**

7:4 9:15
  16:8 21:15
**diligently**
7:7
**direction**
25:7
**disengage**
6:25 9:1
  14:1,2
**disengaged**
14:3
**disengag...**
1:16,23
**distortion**
9:20
**DISTRICT**
1:1,2
**DIVISION**
1:3
**docs**
2:20
**doctors**
10:4,7
**doing**
2:25 8:22
  9:9,13,20
  15:21,24
  20:25
  21:11
  23:11
**door**
21:13
**draw**
22:25
**driver**
4:6 11:11
  11:18
**driving**
5:17 11:12
  11:13
**dropped**
11:24
**drops**
12:22
**dwindling**
12:9

**E**
**E**

2:1,1
**e-mail**
7:6 22:24
**EASTERN**
1:2,3
**educated**
11:8
**education**
11:14
**eggs**
21:14
**either**
4:7 24:2
  25:9
**ends**
9:2 13:19
  14:7 19:9
**entire**
16:9 23:18
**equitable**
10:24
**ERB**
1:5
**especially**
5:7 17:9
**event**
4:8 25:10
**Exactly**
13:15
**Excel**
2:20
**excluded**
5:19
**expecting**
11:25 12:4
**expensive**
21:19
**experience**
11:14
**EXPIRATION**
25:19
**explain**
14:1
**explaining**
10:1
**extend**
5:20 6:9
  8:4

**extensions**
5:15 9:16
**extra**
8:11

**F**
**familiar**
16:3
**fantastic**
13:18
**far**
5:15 22:21
**fast**
2:17
**fault**
13:8,11,20
  14:8
**fee**
6:18 19:2,8
  19:15
**feel**
5:16 6:23
  18:1 22:7
**fees**
19:20
**fight**
10:22,23
  11:25
**filing**
18:12
**find**
7:6,10,19
  9:11 12:1
  22:14
**fine**
2:14 13:9
  22:10
**Firm**
25:20
**First**
17:11
**foregoing**
25:4
**form**
21:4,17
**forth**
25:4
**freaking**
3:17

```
fun                 2:3,6 23:4        19:5              idea              insured
2:8                 Google            health            5:1               7:21
funny               2:20,22 4:1       9:24,25           ideally           interested
16:6                 7:1 21:11        10:5              10:6              19:22 25:10
further             Gotcha            heavy             Illinois          internet
25:8                20:19 23:25       20:7              15:6,6,7,9        21:7
                    gotten            hedge              15:15 17:8       intricacies
_____ G           21:18            18:25              18:11,15         11:21
G                   grace             help              19:19            INVESTMENTS
2:1                 14:2             14:15              20:12,16         1:5
general             grand             helped            22:16,20         irrespec...
17:8                10:16            16:2               23:7              3:9
Genung              great             hey              immediately       issue
25:3,18             6:14 8:13        2:3 4:24          6:15              3:19,20
getting              21:24            5:5 8:10         increasing         6:11 15:11
9:23 18:10          ground            8:13 10:16       23:23            issues
 19:10              16:22             11:11            indiscer...       4:10
girlfriend          growing           13:17 14:6       11:25 13:18
13:20 14:8          21:21            Hi               inevitably        _____ J
girlfrie...         guess            2:3,5            6:21,25           junk
13:7                4:12 10:10       hiccup            infancy           13:5
give                 12:2            22:4             23:22             justify
5:11,25 6:1         guy              higher           information       17:19
 6:21 8:9           4:3 10:13        19:8             6:1
 9:16 16:9           15:16           hit              injuries          _____ K
 22:9                16:21           4:16 5:2         5:4               Kathy
GIVEN               guys              7:18            insist            25:3,18
25:13               2:5,10,11        hitter           14:22            keep
Glen                 2:13,20         20:7             instance          23:23
20:3,5               3:1,5,10        hold             9:8 11:7,9        keeping
go                   3:13 7:8        2:15              13:6             5:15
13:10,11,21          8:4 9:6,14      honestly         instances         keeps
 14:14               10:12 15:7      19:1 20:11       3:16              21:20
goal                 19:14           hope             insurance         Kia
6:2 13:3             21:11 24:4      12:18            3:11 4:6,12       5:19
goes                                 hopefully         4:14,15         Kim
23:23               _____ H        5:19              5:1,15,18       4:1
going               hand            hours             5:21 6:1         kind
3:2 6:2,20          13:19 25:13      3:18 14:5          6:19,25         3:17 10:15
 6:20 8:10          happen          household          7:11,13,17       11:25
 9:10,12            7:23            7:15,22            7:19 8:5         13:25 16:7
 10:22              happened        huh                8:12,20,25       16:13
 11:22 12:6         3:15 4:13       2:8                9:3,12,17        18:21 22:1
 15:2,5              4:16 6:6       hundred             9:24,25         know
 17:19 22:1         happens         15:21 22:21        10:5,7           2:10,14,25
 22:12,16           6:22 7:24        22:21 23:9        11:10            3:3,10,12
Goldberg            hard             23:13             12:20 13:9       4:14,15,19
16:1                17:16                              14:9 17:6        4:19,21,24
good                headache        _____ I         17:10,11         5:1,7,16
```

```
6:8,18,19          9:19,23           5:24              margins            11:3,16,17
6:22 7:9,9         10:8,21           leverage          12:11              11:19,20
7:13,24            11:16,19          16:9              market             12:7,13,16
8:2,3,11           12:7,13,16        listen            15:25 16:8         13:2,14,16
8:13,21            13:2,14,16        4:24 5:5          materialize        13:24
9:11 10:10         13:24              14:6 22:4        12:6               14:12,18
10:11,21           14:12,18          literally         matters            14:21,24
10:22,23           14:21,24          18:5 22:24        25:4               15:4,9,18
11:10,23           15:4,9,18          22:25            mean               15:20,23
11:23 12:2         15:20,23          litigation        2:12,15           16:5,11,17
12:4,4,10          16:5,11,17        16:25              4:18 7:14         17:1,4,15
12:12,14           17:1,4,15         little             8:7,8,17         17:20,23
12:17,19           17:20,23          7:4 12:3           10:17 11:4       18:8,14,19
12:20 13:9         18:8,14,19         15:2 18:25        11:20             18:23 19:3
13:16,19           18:23 19:3         21:8 22:22        15:16,20         19:6,13,22
13:21,22           19:6,13,22        live               15:24            20:2,5,9
14:2,7,13          20:2,5,9          7:20               16:20            20:20,23
14:21,24           20:20,23          LLC                17:24 18:1       20:25 21:4
15:10,11           20:25 21:4        1:5,7              18:4 19:7        21:10,17
15:12,15           21:10,17          local              19:8,16,16       21:20
15:24              21:20             16:22              21:5 22:19       22:11,17
16:20,24           22:11,17          long               23:10            22:23 23:4
17:5,5,6           22:23 23:4        5:7 8:4            media             23:10,15
17:21              23:10,15           11:5 16:2         20:22 21:8       23:19,21
18:17,20           23:19,21          look               21:17            24:1,5
18:25 19:7         24:1,5            21:15             medical           Missouri
19:11,12           lawn              looked             17:17            1:2 4:18
19:13 20:6         4:3               14:16             meds               11:5,22
20:14,17           leads             looking            18:2              23:18
21:8,11,12         3:5               14:24             meet               25:21
21:22,25           learn             looks              7:21             Missouri's
22:1,7,9           11:21             4:8               mid               9:14 11:4
22:13,16           leave             lot               15:14            mitigate
22:17 23:1         7:1 18:6          3:16 11:6         miles             21:14 22:1
23:3,7,15          LEGAL              15:10 16:9        22:22 23:13      mom
                   1:5                17:10            mind              7:20
       L           legality           18:18 21:6       9:2              Monday
language           3:4               Louis             Mingee            2:18
7:4                Leo               16:16 25:21       1:16,16,23       monetize
LAPD               1:16,23 2:3        low               1:23 2:3,6      18:21
9:9                 2:3,23           18:1               2:8,15          money
Lauren              3:19 8:6,9       lower              4:11,23         16:21
1:16,23 2:6         11:3,17,20       15:15 20:14        5:4,10,13       month
2:8,15             Lerner                               5:24 6:8        7:24 9:9
4:11,23            20:3                     M           6:11 7:16        10:16
5:4,10,13          let's             main               8:2,6,8,9       15:21
5:24 6:8           4:24 8:25         17:6               8:19,24         21:12 23:9
6:11 7:16           16:15 22:8       map                9:5,19,23      months
8:2,8,19           level             22:25              10:8,21         7:13 8:6
8:24 9:5
```

9:10,11
**morning**
2:4 13:7
24:3
**motorist**
7:22 11:16
**move**
13:25 15:5
16:19
**mower**
4:3

---
**N**

**N**
2:1
**named**
11:17
**necessarily**
2:21 3:6
**need**
5:20 10:19
15:12 23:1
**negative**
7:1
**network**
10:3
**neurotic**
22:5,6
**never**
9:1
**new**
21:21
**newer**
4:16
**noncomme...**
3:25
**normally**
19:10
**notoriously**
17:13
**NUMBER**
1:6
**numbers**
12:3

---
**O**

**O**
2:1
**observation**

6:13
**obviously**
9:14 12:23
23:11
**offer**
17:18 18:6
**OFFICE**
25:13
**Oh**
2:7 15:18
**okay**
3:1 4:11
5:23 7:5
8:1,16,18
12:2,18
13:7 15:4
21:9 22:3
22:11,15
23:2,4,14
23:20
**once**
3:13 16:20
**ones**
8:20,21
16:7
**operated**
20:2
**operating**
20:1
**outliers**
16:12
**outside**
23:8

---
**P**

**P**
2:1
**page**
2:13,24
3:20 22:7
**pain**
7:2
**pan**
8:15
**paper**
3:9
**Paperclip**
21:12
**party**

25:9
**PBC**
21:18
**pedestrian**
7:19
**people**
6:22 8:3
10:25
20:12
21:21 22:5
23:3
**Peoria**
16:19
**percent**
12:10 13:11
13:20
23:11
**period**
5:11
**person**
10:17
**pick**
7:14
**pissed**
7:1 10:7
**Plaintiff**
1:5
**play**
15:24 19:2
**PohlmanUSA**
25:19
**point**
8:16 9:20
**police**
5:6 6:9
9:10
**por**
15:15
**portion**
15:15
**position**
10:3
**possibility**
5:17
**possible**
21:17
**potentially**
8:13
**practice**

6:14
**practices**
9:7
**practiti...**
18:17
**preface**
4:12 5:14
10:12,17
**prefacing**
10:1
**preparing**
25:11
**pretty**
11:4 21:5
**prevent**
14:18
**price**
12:5 20:14
21:22,25
**probably**
16:23 20:17
**problem**
2:21 5:22
8:24 17:7
17:8
**proceedings**
25:5
**product**
21:24
**property**
3:12 18:3
**provided**
4:5
**pull**
2:16,19
**purposes**
3:3,4
**push**
21:23
**pushing**
15:25
**put**
6:18 20:7
21:13
**puts**
10:2

---
**Q**

**qualify**

3:2,13,16
3:18 4:2
6:2 7:7,8
11:22
**qualifying**
3:10 5:25
**question**
10:10
**QUINTESSA**
1:7

---
**R**

**R**
2:1
**radio**
21:6
**raise**
21:22
**random**
4:3
**Ratliff**
4:1
**ready**
15:7 18:10
**real**
12:11
**really**
2:16 4:10
8:14 13:20
15:25,25
16:8 20:11
20:12,15
21:6,10,14
**reason**
4:20 21:10
**reasonable**
8:16 10:24
**received**
13:8
**recorded**
1:15,22
25:6
**reduced**
25:6
**refer**
10:4 16:24
18:13,25
**referral**
19:2,8,15

19:20
**refine**
10:19
**regarding**
1:16,23
**Registra...**
25:20
**reins**
5:11
**relative**
25:9
**rental**
4:5
**report**
5:6 6:9
**Reporter**
1:21
**reports**
9:10
**require**
12:1
**research**
12:1
**resident**
7:15
**resolved**
3:23,25
**retainer**
6:3
**retired**
20:6
**review**
7:2 14:19
**right**
2:9 4:13,15
4:22 6:5
7:16 9:1,2
9:4,8,12
11:19
12:19,23
13:13,14
14:3,4
15:1 17:1
17:20
18:10,14
18:23
20:11 22:3
22:11,23
23:18 24:1

24:4,5
**righty**
23:25
**risks**
21:15
**road**
12:23
**RPR**
25:18
**run**
12:8 18:11
**Ryan**
1:16,22 2:5
2:7,9,19
4:22 5:3,9
5:12,23
6:7,10,12
7:17 8:18
8:23 9:4
9:18,22
10:2,20
11:1 12:2
12:8,14,25
13:13,15
13:23
14:11,17
14:20,23
15:1,5,12
15:14,19
15:22 16:4
16:10,15
16:18 17:2
17:7,16,21
18:4,9,16
18:20,24
19:4,11,21
19:25 20:4
20:7,19,22
20:24 21:2
21:9,16,18
22:3,11,15
22:19 23:2
23:5,6,14
23:17,20
23:25 24:4
24:5,7

**S**

S
2:1 25:20

**saying**
14:2
**says**
7:6
**screen**
3:2
**Screw**
18:7
**SEAL**
25:13
**second**
2:16 3:22
**seconds**
14:4
**see**
2:18,19
12:17
14:13
17:24,25
23:23
**selling**
3:5
**semi**
4:2
**send**
3:2,14 7:4
7:5 10:4
15:2,6
22:24
**sense**
8:17
**separate**
15:6
**set**
9:3 25:4
**setting**
12:21
**settle**
16:24
**settled**
16:25
**seven**
6:5 8:11
12:18
**sheet**
2:20,22 4:1
**shit**
12:11 13:4
15:22,23

17:10
20:24
**shitty**
18:21
**shop**
4:21 6:15
**shot**
22:9
**show**
16:22
**side**
4:12
**sign**
3:13 4:19
13:3,5
**signed**
3:2,7 6:3
6:14 13:6
14:3
**simply**
18:25
**single**
8:12 12:5
**sister's**
5:18
**sit**
13:4
**slave**
6:23
**social**
21:7
**soft**
17:24
**solo**
18:17
**somebody**
10:4
**sorry**
14:9,16
**Sounds**
23:4
**sources**
2:23
**south**
16:7
**southern**
15:15
**specific**
11:10

**spread**
21:15
**Springfield**
16:18
**St**
16:16 25:21
**stage**
23:22
**stars**
6:4
**start**
10:5 15:13
16:15
22:19
**started**
2:25 23:22
**starts**
12:9
**state**
1:1 4:17
9:15 14:12
16:9 20:16
23:11,18
25:1
**statewide**
23:7
**statute's**
18:10
**stick**
12:22
**stone**
14:7
**stuff**
2:8 10:23
11:6 19:15
20:11 21:6
23:16
**subprime**
17:10
**suit**
25:10
**super**
11:15
**sure**
22:6

**T**

**tackle**
15:8 16:20

take
5:5 7:9
  14:5 18:6
taken
4:25
takes
19:9
talk
2:10 14:6
  22:12,13
  23:2
talked
2:23,25 3:1
  3:6,19
talking
19:23
target
15:11 23:1
technical
3:3
telephone
1:15,22
tell
2:22 4:23
  5:5 22:23
Tennessee
20:21
termed
3:4
terms
3:4,23 23:7
terrible
17:13 18:4
Texas
8:4 9:14
  10:13 11:7
  11:9 25:1
  25:18
Thanks
23:5 24:4,5
thing
3:22 4:9
  5:14
things
5:7 11:4,8
  11:23
think
2:23,24
  3:22,25

5:13 6:13
6:14,16,22
8:1,2,6
12:17 19:1
19:9 20:10
22:9 23:8
third
19:2
thousand
17:12
three
7:10,20 9:9
  9:11
throw
2:11
ticket
13:8,8
tight
10:3 12:11
time
6:21 11:6
  11:11 16:2
  22:12
  23:23
tissue
17:24
today
22:20
told
15:11
tomorrow
24:3
ton
20:13 21:6
top
8:11
totally
10:9
towel
2:11
transcribed
25:5
transcri...
1:15,21
  25:11
TRAVIS
25:2
treat
6:23 9:11

12:20
treated
3:11 9:23
treating
10:5
treatment
9:3 12:21
  16:13
trial
18:15 19:9
  19:15,18
tried
16:20 19:12
try
2:11,12
  6:14 7:7
  15:7 17:13
  18:21
  21:14,22
  22:8
trying
16:23 17:19
  18:24
turn
12:10
turning
6:20
turns
10:6
TV
20:18,22
  21:3,7
tweak
7:4 15:2
two
2:22 5:5
  7:10,23,24
  14:4 18:11
typewriting
25:6
_____

U
UM
4:20 5:16
  7:14
uncovered
14:6
undersigned
25:3

understand
7:9 9:15,16
  10:9 11:13
  13:17,24
understa...
3:8,14 8:1
understood
12:25,25
  25:5
unfortun...
14:15
uninsured
7:22 11:16
UNITED
1:1
use
7:5 18:15
_____
V
V
1:6
vehicle
4:17
vehicles
7:20
verifica...
5:21 8:21
verified
12:19
verify
8:12
versus
3:24
vet
6:4
volume
1:14 10:11
  23:6,23
_____
W
wait
6:8 9:11
waiting
8:20,25
want
2:11,18 6:5
  8:14 9:6
  10:6,23
  11:2 13:4

14:13 16:6
19:4,5,17
20:15 22:6
22:20
wanted
2:10 20:14
way
7:25 18:13
  18:22 23:1
we'll
8:9,9 10:6
we're
2:24 3:17
  3:20 4:21
  6:19 8:1
  9:8 11:5
  11:22,24
  11:25,25
  14:5,24
  15:5 20:25
  22:7
we've
4:10 10:3
  11:5,6,8
  15:10
weeks
5:6 7:10,23
weird
10:3
Weisman
16:1
welcome
19:23
whatnot
16:19
willing
2:12 12:20
win
16:14,14
window
5:20
wonder
19:13,14
work
2:11,18
  8:14 15:19
  19:18 22:5
worked
20:15

| | | |
|---|---|---|
| **working** | **1** | **6** |
| 2:7 6:24 | | |
| **works** | **1** | **60** |
| 7:25 10:17 | 1:14,14 | 12:10 |
| **worried** | **10** | **63102** |
| 12:3 | 25:20 | 25:21 |
| **worry** | **10,000** | |
| 21:25 | 18:5 | **7** |
| **worth** | **100** | |
| 12:14 | 13:11 | **7,000** |
| **wrong** | **14** | 18:6 |
| 6:1 | 3:12 8:11 | **75** |
| | **144** | 23:11 |
| **X** | 3:18 | |
| | **1500** | **8** |
| **Y** | 3:13 18:2 | |
| **yeah** | | **80** |
| 2:21 5:3 | **2** | 13:20 |
| 6:7,10 | | **814** |
| 8:17,23 | **2,000** | 25:20 |
| 9:18,22 | 12:4 17:18 | |
| 10:2,8,8 | **200** | **9** |
| 10:20 11:2 | 9:9 10:14 | |
| 11:3,12,24 | **2018** | **9048-26516** |
| 12:7,13,16 | 5:18 | 1:16,24 |
| 13:18,23 | **2022** | |
| 14:11,17 | 25:14 | |
| 14:20,23 | **2080** | |
| 15:9,18,20 | 25:18 | |
| 15:20,23 | **24** | |
| 16:4,10,15 | 14:5 | |
| 16:17 17:4 | **27th** | |
| 17:4,15,23 | 25:14 | |
| 18:8,19 | | |
| 19:3,6,21 | **3** | |
| 20:4,20,23 | | |
| 21:16,18 | **3,000** | |
| 22:3 23:10 | 17:17 18:1 | |
| 23:19 | **314.421....** | |
| **years** | 25:21 | |
| 18:11 | | |
| **Yep** | **4** | |
| 5:12 | | |
| | **4:20-CV-...** | |
| **Z** | 1:6 | |
| | **4200** | |
| **0** | 12:4 | |
| **06/30/2023** | **5** | |
| 25:19 | | |
| | **50** | |
| | 10:15 | |
| | **500** | |
| | 20:17 | |