## <u>BRADLEY LAW FIRM CONTINGENCY AGREEMENT</u>

The undersigned ("You") hereby agree(s) to employ The Bradley Law Firm, ("US") to represent You on your claim(s) for personal injuries that occurred on or about the _____ day of _____, 20___.

**<u>OUR JOB / YOUR JOB</u>**: You understand the information You give Us must be the truth (whole truth, nothing but truth…. you know the deal). We base our decision to represent You on this basis. You understand providing Us with false, incomplete, untrue or misleading information is a violation of this Agreement. If you give false, incomplete, untrue or misleading information, we will determine at our sole discretion whether to terminate this contingency agreement. If we do, Client agrees to pay Us for all costs incurred in the investigation and/or prosecution of this matter as well as attorneys' fees at an hourly rate of $400.00 per hour. We will decide all issues of pre-trial and trial strategy without objection or interference. You retain the authority to decide certain ultimate issues, such as whether to settle the case. If we work together, we promise to use our best efforts to maximize your recovery.

**<u>OUR FEES</u>**: You agree to pay Us a fee equal to (1) Forty (40%) percent of all amounts offered, obtained, or recovered; plus (2) reimburse Us for any expenses paid by Us for the investigation and prosecution of the case. This is a contingent fee agreement. Therefore, **<u>IF NO RECOVERY IS MADE FOR YOU, YOU OWE US NOTHING, NOT EVEN OUR EXPENSES.</u>** If You employed a prior lawyer or law firm on this matter and that lawyer files a lien, You are responsible for paying the lien as required by law, not Us. We still get our fee for our work.

**<u>IF YOU REJECT OUR LEGAL ADVICE</u>**: Do not hire us if you do not trust us. Trust is the foundation for this relationship. You understand we owe you a duty to look after your best interests and we will. If you choose to reject our advice, this is just like rejecting medical advice, as it can ruin your case. We are advancing all of the costs with the understanding you will accept our professional advice in an effort to maximize your recovery. If you reject our advice, we reserve the right to withdraw from your case at any time. In addition, if you reject our advice, you will owe us all expenses paid by Us on your case, notwithstanding the paragraph above, entitled "Our Fees."

**<u>LIENS</u>**: Under state and federal law, medical or other liens may be asserted against your case. You understand some liens we are obligated to pay by law. Some we can get reduced. Our job is to minimize the amount of liens you have to pay back, which helps maximize your recovery. If you direct us to not pay a lien we are obligated to honor under the law, this can create a huge problem, including the lienholder suing you, us and possibly forfeiture of your health insurance. If you reject our advice on paying back any lien, You agree to indemnify and hold Us harmless from any legal claim or action whatsoever. You agree that if you instruct us to disregard any lien against our advice, we have to protect ourselves, and for this reason, You irrevocably authorize Us to pay the disputed amount into the Circuit Court of the City of St. Louis for distribution / resolution.

**<u>APPEAL</u>**: Some cases need to be appealed. Some do not. We are not obligated to appeal your case we do not think warrants an appeal.

**<u>STRUCTURED SETTLEMENTS</u>**: If You elect to place any recovered funds into structured settlements or annuities, You agree the computation of our fee shall be based upon the monetary cost of the total settlement and shall be paid in a lump sum at the time of the settlement unless we agree to another arrangement in writing.

**<u>IF YOU FIRE US:</u>** If the attorney client relationship created herein is terminated at any time, for any reason, by either party, it is understood we have an attorneys' lien upon any proceeds of this matter as well as have a claim for reimbursement for any expenses. You understand the amount of the attorneys' lien shall be computed at an hourly rate of $400.00 per hour, or shall be the contingency percentage of any offer made on the case during our representation of You, whichever is greater.

**<u>FUNDING OF THE CASE</u>**: Some cases require hundreds of thousands of dollars to properly fund. For this reason, You expressly give Us permission to borrow money from any lending institution for purposes of funding case expenses at commercially reasonable rates not to exceed 7% per annum and that said costs will be paid back according to the terms set forth above.

**<u>OUR DOCUMENT RETENTION POLICY</u>**: We will dispose of all documents and property associated with the

case within five (5) years from the conclusion of such matter or, if a minor is involved, five (5) years from the date the minor reaches majority. No further notice of the file destruction will be given to You or anyone else. You also consent to Us storing your files electronically and discarding of all hard copy documents, unless Client directs otherwise in writing.

**LAW**: This contract shall be governed and interpreted by the laws of the State of Missouri.

**INTEGRATION CLAUSE**: This Agreement, along with any exhibits, appendices, addendums, schedules, and amendments hereto, encompasses the entire agreement of the parties, and supersedes all previous understandings and agreements between the parties, whether oral or written. The parties hereby acknowledge and represent, by affixing their hands and seals hereto, that said parties have not relied on any representation, assertion, guarantee, warranty, collateral contract or other assurance, except those set out in this Agreement, made by or on behalf of any other party or any other person or entity whatsoever, prior to the execution of this Agreement. The parties hereby waive all rights and remedies, at law or in equity, arising or which may arise as the result of a party's reliance on such representation, assertion, guarantee, warranty, collateral contract or other assurance, provided that nothing herein contained shall be construed as a restriction or limitation of said party's right to remedies associated with the gross negligence, willful misconduct or fraud of any person or party taking place prior to, or contemporaneously with, the execution of this Agreement.

**STATUTE OF LIMITATIONS / RELEASE OF LIABILITY**: You give Us 90 days from the date we receive your fully completed intake materials to review the facts of your case and determine what Statute of Limitations applies. You agree that it is impossible for Us to determine this without this information and for that reason agree to fully release Us from any and all liability whatsoever should a statute of limitations run on your case during those 90 days.

_____          _____
Client                                        Date          Client                                        Date


_____
ERB LEGAL INVESTMENTS, LLC          Date
d/b/a The Bradley Law Firm
d/b/a E. Ryan Bradley


_____

By: _____